IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Sharon Hodges, | NO. C 09-02147 JW |
| Plaintiff, | **ORDER DENYING STIPULATION RE: CONSOLIDATION OF RELATED CASES** |
| v. | |
| Akeena Solar, Inc., et al., | |
| Defendants. | |

Presently before the Court is the parties' Stipulation re: Consolidation of Related Cases and Extending Time to Respond. (Docket Item No. 5.) The parties seek to preemptively consolidate all related cases into this action. The parties, however, do not identify any such cases, nor do they seek to formally relate or consolidate any specified additional actions. Accordingly, the Court declines to adopt the parties' Stipulation as premature. Once there are identifiable cases that the parties believe are related, they may file formal motions to relate and to consolidate when appropriate.

Dated: June 16, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Arthur L. Shingler ashingler@scott-scott.com
Benjamin Matthew Crosson bcrosson@wsgr.com
David R. Scott drscott@scott-scott.com
Mary K. Blasy maryb@scott-scott.com

**Dated: June 16, 2009**  **Richard W. Wieking, Clerk**

                                                 **By:   /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

United States District Court
For the Northern District of California