SCOTT+SCOTT LLP
ARTHUR L. SHINGLER III (181719)
MARY K. BLASY (211262)
DAVID H. GOLDBERGER (225869)
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
ashingler@scott-scott.com
mblasy@scott-scott.com
dgoldberger@scott-scott.com
– and –
DAVID R. SCOTT
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415
Telephone: 860-537-3818
Facsimile: 860-537-4432
drscott@scott-scott.com

*Lead Counsel for Lead Plaintiff*

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>AKEENA SOLAR, INC., BARRY CINNAMON and GARY EFFREN,<br>Defendants. | No. C-09-02147 JW-RS<br><br>STIPULATION AND [PROPOSED] SCHEDULING ORDER<br><br>Hon. James Ware |

STIPULATION AND [PROPOSED] SCHEDULING ORDER

09-cv-02147-JW-RS

1. **WHEREAS,** on May 18, 2009, *Hodges v. Akeena Solar, Inc.,* No. C-09-02147 JW-RS, was filed herein;

2. **WHEREAS**, pursuant to a stipulation executed by the parties and submitted to the Court on June 4, 2009, the parties agreed that Defendants Akeena Solar Inc., Barry Cinnamon and Gary Effren ("Defendants") were not required to respond to the complaint filed in this action before a lead plaintiff was selected and that instead the parties would jointly "file a stipulated briefing schedule for approval by the court" within 20 days of a lead plaintiff being selected;

3. **WHEREAS**, on October 21, 2009, the Court appointed Sharon Hodges, Joel Gentleman and David H. Gordon as Lead Plaintiffs and approved their selection of Scott+Scott LLP as Lead Counsel for Lead Plaintiffs; and

4. **WHEREAS**, pursuant to the Court's Order Setting Initial Case Management Conference and ADR Deadlines entered May 18, 2009, a Case Management Conference is presently scheduled in this matter on December 14, 2009 at 10:00 a.m.;

**NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders, as follows:

1. Lead Plaintiffs shall file their amended complaint by December 9, 2009;
2. Defendants shall file any motions to dismiss by February 12, 2010;
3. Lead Plaintiffs shall file any oppositions to Defendants' motions to dismiss by **March 29, 2010;**
4. Defendants shall file their replies in support of their motions to dismiss by **April 30, 2010;**
5. On **May 24, 2010 at 9 a.m.**, the parties shall appear for the hearing on Defendants' Motion to Dismiss.

STIPULATION AND [PROPOSED] SCHEDULING ORDER

1

09-cv-02147-JW-RS

6. The Case Management Conference currently scheduled for December 14, 2009 at10:00 a.m., is VACATED. The Court will set a new date in its Order addressing Defendants' Motion to Dismiss.

DATED: November 16, 2009                Respectfully submitted,

                                                SCOTT+SCOTT LLP
                                                Arthur J. Shingler
                                                Mary K. Blasy
                                                David H. Goldberger
                                                600 B Street, Suite 1500
                                                San Diego, CA 92101
                                                Telephone: 619-233-4565
                                                Facsimile: 619-233-0508

                                                /s/ Mary K. Blasy
                                                MARY K. BLASY

                                                *Lead Counsel for Lead Plaintiff*

DATED:  November 16, 2009              WILSON SONSINI GOODRICH & ROSATI
                                                PROFESSIONAL CORPORATION
                                                Steven M. Schatz
                                                Douglas J. Clark
                                                Kelley M. Kinney
                                                Dominique-Chantale Alepin
                                                650 Page Mill Road
                                                Palo Alto, CA 94304
                                                Telephone: (650) 493-9300
                                                Facsimile: (650) 493-6811

                                                By:  /s/ Dominique-Chantale Alepin
                                                           DOMINIQUE-CHANTALE ALEPIN

                                                *Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

Dated:  December 8, 2009              _____
                                       JAMES WARE
                                       United States District Judge