1  SCOTT+SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  MARY K. BLASY (211262)
   DAVID H. GOLDBERGER (225869)
3  600 B Street, Suite 1500
   San Diego, CA  92101
4  Telephone:  619-233-4565
   Facsimile: 619-233-0508
5  ashingler@scott-scott.com
   mblasy@scott-scott.com
6  dgoldberger@scott-scott.com
        – and –
7  DAVID R. SCOTT
   P.O. Box 192
8  108 Norwich Avenue
   Colchester, CT  06415
9  Telephone:  860-537-3818
   Facsimile: 860-537-4432
10 drscott@scott-scott.com

11 *Lead Counsel for Lead Plaintiff*

12
                    UNITED STATES DISTRICT COURT
13                 NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
14

15 SHARON HODGES, On Behalf of Herself and          No.  C-09-02147 JW-RS
   All Others Similarly Situated,
                                                   SECOND STIPULATION RE
16                                                 SCHEDULING ORDER
                         Plaintiff,
17
         vs.                                       Hon. James Ware
18
   AKEENA SOLAR, INC., BARRY CINNAMON
   and GARY EFFREN,
19
                         Defendants.
20

21

22

23

24

25

26

27

28

   STIPULATION AND [PROPOSED] ORDER
                                                                    09-cv-02147-JW-RS

Pursuant to stipulation executed by the parties and submitted to the Court on November 16, 2009, and by Order entered by the Court on December 8, 2009, the parties agreed that Lead Plaintiffs' amended complaint was to be filed on December 9, 2009;

**WHEREAS**, Lead Plaintiffs' counsel has requested and Defendants have agreed to a short two-day extension of time for Lead Plaintiffs to file the amended complaint due to a catastrophic computer hard drive failure and attendant loss of work product;

**WHEREAS**, the requested extension will have no effect on the dates set by the Court in its December 8, 2009 Order for Defendants' motion(s) to dismiss, for Lead Plaintiffs to file their opposition(s) to Defendants' motion(s) to dismiss, or the Defendants' reply briefs; and

**WHEREAS**, the requested extension will not alter or delay the date set by the Court in its December 8, 2009 Order for the hearing on Defendants' motion(s) to dismiss;

**NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders, as follows:

1. Lead Plaintiffs shall file their amended complaint by December 11, 2009;
2. Defendants shall file any motions to dismiss by February 12, 2010;
3. Lead Plaintiffs shall file any oppositions to Defendants' motions to dismiss by March 29, 2010;
4. Defendants shall file their replies in support of their motions to dismiss by April 30, 2010; and

STIPULATION AND [PROPOSED] ORDER

1
09-cv-02147-JW-RS

5. The Court will hear oral argument on Defendants' motions to dismiss on May 24, 2010, at 9:00 a.m.

DATED: December 9, 2009               Respectfully submitted,

                                        SCOTT+SCOTT LLP
                                        Arthur J. Shingler
                                        Mary K. Blasy
                                        David H. Goldberger
                                        600 B Street, Suite 1500
                                        San Diego, CA 92101
                                        Telephone: 619-233-4565
                                        Facsimile: 619-233-0508

                                        /s/ Mary K. Blasy
                                        MARY K. BLASY

                                        *Lead Counsel for Lead Plaintiff*

DATED:  December 9, 2009              WILSON SONSINI GOODRICH & ROSATI
                                        PROFESSIONAL CORPORATION
                                        Steven M. Schatz
                                        Douglas J. Clark
                                        Kelley M. Kinney
                                        Dominique-Chantale Alepin
                                        650 Page Mill Road
                                        Palo Alto, CA 94304
                                        Telephone: (650) 493-9300
                                        Facsimile: (650) 493-6811

                                  By:   /s/ Kelley M. Kinney
                                          KELLEY M. KINNEY

                                      *Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 14, 2009          _____
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER                                2
                                                                                                                  09-cv-02147-JW-RS

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mary Blasy, attest that concurrence in the filing of this document has been obtained from signatory KELLEY M. KINNEY.  I declare under penalty of perjury under the laws o f the United States of America that the foregoing is true and correct.  Executed this 9th day of December, 2009 at San Diego, California.

**CERTIFICATE OF SERVICE**

I also certify that on December 9, 2009, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 9, 2009.

  /s/Mary K. Blasy
MARY K. BLASY
SCOTT+SCOTT LLP
600 B Street, Suite 1500
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: mblasy@scott-scott.com

*Lead Counsel for Lead Plaintiff*