1  STEVEN M. SCHATZ, State Bar No. 118356
   sschatz@wsgr.com
2  DOUGLAS J. CLARK, State Bar No. 171499
   dclark@wsgr.com
3  KELLEY M. KINNEY, State Bar No. 216823
   kkinney@wsgr.com
4  DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
   dalepin@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
8
   Attorneys for Defendants
9  Akeena Solar, Inc., Barry Cinnamon and Gary Effren

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated, | ) ) ) | CASE NO.: CV-09-02147-JW |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION RE [PROPOSED] SCHEDULING ORDER** |
| v. | ) ) | |
| AKEENA SOLAR, INC, *et. al,* | ) ) | |
| Defendants. | ) ) ) ) | |

STIPULATION RE [PROPOSED] SCHEDULING
ORDER
CASE NO. CV-09-02147-JW

1    The parties to this action entered and submitted to the Court a scheduling stipulation on
2  November 16, 2009.  The Court entered a slightly modified briefing schedule by Order on
3  December 8, 2009.

4    **WHEREAS,** on December 9, 2009, the parties executed and submitted to the Court a
5  scheduling stipulation to extend the time by two days for Lead Plaintiffs to file the amended
6  complaint, due to a catastrophic computer hard drive failure and attendant loss of work product;

7    **WHEREAS,** pursuant to the stipulation submitted to the Court on December 9, 2009,
8  and by Order entered by the Court on December 14, 2009, the briefing deadlines set in the
9  Court's December 8, 2009 Order remained the same, including that Lead Plaintiffs' opposition to
10 Defendants' motion to dismiss was to be filed by March 29, 2010, and Defendants' reply in
11 support of Defendants' motion to dismiss was to be filed by April 30, 2010;

12   **WHEREAS,** the General Counsel for Akeena Solar, Inc. will be unavailable for an
13 extended duration during April 2010 due to prior commitments;

14   **WHEREAS,** Defendants' counsel has requested and Lead Plaintiffs have agreed to a
15 brief extension of time to May 7, 2010 for Defendants to file their reply in support of their
16 motion to dismiss;

17   **WHEREAS,** Defendants have agreed to a brief extension of time for Lead Plaintiffs to
18 file their opposition to Defendants' motion to dismiss to March 31, 2010;

19   **WHEREAS,** the requested extension will not alter or delay the date set by the Court in
20 its December 14, 2009 Order for the May 24, 2010 hearing on Defendants' motion to dismiss;

21   **NOW, THEREFORE**, the parties, by and through their undersigned counsel of record,
22 in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders, as
23 follows:

24   1.    Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss by
25 March 31, 2010;

26   2.    Defendants shall file their reply in support of their motion to dismiss by May 7,
27 2010;

28

STIPULATION RE [PROPOSED] SCHEDULING ORDER            -2-
CASE NO. CV-09-02147-JW

3. The Court will hear oral argument on Defendants' motion to dismiss on May 24, 2010, at 9:00 a.m.

Dated: March 23, 2010               Respectfully submitted,

                                    SCOTT+SCOTT LLP
                                    Arthur J. Shingler
                                    Mary K. Blasy
                                    David H. Goldberger
                                    600 B Street, Suite 1500
                                    San Diego, CA 92101
                                    Telephone: 619-233-4565
                                    Facsimile: 619-233-0508


                                    By:  /s/ Mary K. Blasy
                                         Mary K. Blasy

                                    *Lead Counsel for Lead Plaintiff*

Dated: March 23, 2010               Respectfully submitted,

                                    WILSON SONSINI GOODRICH & ROSATI
                                    PROFESSIONAL CORPORATION
                                    Steven M. Schatz
                                    Douglas J. Clark
                                    Kelley M. Kinney
                                    Dominique-Chantale Alepin
                                    650 Page Mill Road
                                    Palo Alto, CA 94304
                                    Telephone: (650) 493-9300
                                    Facsimile: (650) 493-6811


                                    By:  /s/ Kelley M. Kinney
                                         Kelley M. Kinney

                                    *Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 29, 2010               _____
                                    United States District Judge

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Kelley M. Kinney, attest that concurrence in the filing of this document has been obtained from signatory Mary K. Blasy. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of March, 2010 at Palo Alto, California.