STEVEN M. SCHATZ, State Bar No. 118356
sschatz@wsgr.com
DOUGLAS J. CLARK, State Bar No. 171499
dclark@wsgr.com
KELLEY M. KINNEY, State Bar No. 216823
kkinnney@wsgr.com
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
dalepin@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Akeena Solar, Inc., Barry Cinnamon and Gary Effren

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated, ) ) ) Plaintiff, ) ) v. ) ) AKEENA SOLAR, INC., BARRY CINNAMON and GARY EFFREN, ) ) ) Defendants. ) ) ) | CASE NO.: CV-09-02147-JW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO AMENDED COMPLAINT** <br><br> Hon. James Ware |

1   By Order entered by the Court on May 20, 2010, the Court denied Defendants' Motion to
2   Dismiss the Amended Complaint for Violations of the Federal Securities Laws ("Motion to
3   Dismiss");
4   **WHEREAS,** pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), given the Court's
5   notice of denial of Defendants' Motion to Dismiss, the deadline to respond to Plaintiffs'
6   amended complaint is currently June 3, 2010;
7   **WHEREAS,** counsel for Defendants have requested and counsel for Lead Plaintiffs have
8   agreed to a brief extension until June 9, 2010 for Defendants to file an answer to the amended
9   complaint due to the fact that the general counsel for Akeena Solar, Inc. has been out of the
10  country and unavailable to coordinate the response (and with the express proviso that the answer
11  would be filed on June 9, 2010 and no further extensions would be sought); and
12  **WHEREAS,** the requested extension will have no effect on the dates set by the Court in
13  its May 20, 2010 Order requiring that the Joint Case Management Statement be filed by June 4,
14  2010 and setting the Case Management Conference for June 14, 2010;
15  **NOW, THEREFORE**, the parties, by and through their undersigned counsel of record,
16  in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders, that
17  Defendants shall file their answer to the amended complaint by June 9, 2010.

19  DATED: June 2, 2010              Respectfully submitted,

                                     SCOTT+SCOTT LLP
                                     Arthur J. Shingler
                                     Mary K. Blasy
                                     Hal D. Cunningham
                                     David H. Goldberger
                                     600 B Street, Suite 1500
                                     San Diego, CA 92101
                                     Telephone: 619-233-4565
                                     Facsimile: 619-233-0508

                                     By: /s/ Mary K. Blasy
                                         Mary K. Blasy

                                     *Lead Counsel for Lead Plaintiff*

STIPULATION AND [PROPOSED] ORDER                -2-
EXTENDING DEADLINE TO RESPOND TO
AMENDED COMPLAINT
CASE NO. CV-09-02147-JW

1 | DATED: June 2, 2010

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
Steven M. Schatz
Douglas J. Clark
Kelley M. Kinney
Dominique-Chantale Alepin
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811


By:  /s/ Kelley M. Kinney
         Kelley M. Kinney

*Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 3, 2010__                    __James Ware__
                                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
AMENDED COMPLAINT
CASE NO. CV-09-02147-JW

-3-

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Kelley M. Kinney, attest that concurrence in the filing of this document has been obtained from signatory Mary K. Blasy. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of June, 2010 at Palo Alto, California.

DATED: June 2, 2010

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

By: /s/ Kelley M. Kinney
     Kelley M. Kinney

*Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO RESPOND TO
AMENDED COMPLAINT
CASE NO. CV-09-02147-JW