1  STEVEN M. SCHATZ, State Bar No. 118356
   sschatz@wsgr.com
2  DOUGLAS J. CLARK, State Bar No. 171499
   dclark@wsgr.com
3  KELLEY M. KINNEY, State Bar No. 216823
   kkinney@wsgr.com
4  DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
   dalepin@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
8
   Attorneys for Defendants
9  Akeena Solar, Inc., Barry Cinnamon and Gary
   Effren
10

IT IS SO ORDERED
AS MODIFIED
Judge James Ware
6/29/2010

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14  SHARON HODGES, On Behalf of Herself and      )   CASE NO.:  CV-09-02147-JW
    All Others Similarly Situated,               )
15                                               )   **STIPULATION AND [PROPOSED]**
                Plaintiff,                       )   **SCHEDULING ORDER**
16                                               )
         v.                                      )   Hon. James Ware
17                                               )
    AKEENA SOLAR, INC., BARRY CINNAMON           )
18  and GARY EFFREN,                             )
                                                 )
19              Defendants.                      )
                                                 )
20  _____  )

21

22

23

24

25

26

27

28

On June 4, 2010, the parties in this action filed a Joint Case Management Statement and [Proposed] Order. By Order entered by the Court on June 10, 2010 ("Order"), the Court adopted a modified version of the Discovery Plan proposed by the parties in their Joint Case Management Statement and ordered the parties to comply with certain other scheduling deadlines.

**WHEREAS,** by its Order the Court entered the following Case Schedule:

| | |
|---|---|
| Close of all discovery | August 1, 2011 |
| Last date for hearing dispositive motions | October 3, 2011 |
| Preliminary pretrial conference at 11:00 a.m. | June 27, 2011 |
| Preliminary pretrial conference statements | June 17, 2011 |
| Deadline for parties to contact Court's ADR program to discuss an appropriate ADR process | June 23, 2010 |

**WHEREAS,** pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, the Court also ordered expert disclosures and reports due 63 days before the close of discovery (or May 27, 2011), expert rebuttal disclosures and reports due no later than 49 days prior to the close of discovery (or June 13, 2011), and that motions to exclude an expert or expert testimony be filed, served and noticed for hearing no later than 42 days after both expert and rebuttal expert disclosures on a Monday (Law and Motion Day) at 9:00 a.m., and preferably before or on the August 1, 2011 discovery cutoff date at 9:00 a.m.

**WHEREAS,** the Court in its Order expressly adopted the parties' Discovery Plan (Order at ¶ 2) in large part, as modified, but did not explicitly order certain other deadlines specified in the Joint Case Management Statement and [Proposed] Order submitted by the parties. By way of clarification, the parties hereby stipulate to the following deadlines, none of which conflict with other deadlines set by the Court:

| | |
|---|---|
| Initial Disclosures under FRCP 26 | June 28, 2010 |
| Subject to all reserved objections, Defendants will produce the majority of documents relevant to Plaintiffs' discovery requests if such requests are served by July 15, 2010 | October 15, 2010 |

**WHEREAS,** as permitted by Federal Rule of Civil Procedure 26, the parties further agree to forego the satisfaction of Federal Rule of Civil Procedure 26(a)(1)(ii) which requires the initial disclosures to include a copy – or a description of the categories and location – of documents that may be used to support their claims or defenses.

**WHEREAS,** the parties' Joint Case Management Statement also included a proposed schedule for class certification briefing which the Court did not adopt in its Order. The parties hereby agree to the following deadlines included in their Joint Case Management Statement, as slightly modified below:

| | |
|---|---|
| Plaintiffs to file motion for class certification | October 15, 2010 |
| Defendants to file their responses | November 29, 2010 |
| Plaintiffs to file their reply brief | January 10, 2011 |
| Hearing on the motion | **February 7, 2011 at 9:00 AM** |

**NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders:

1. The following deadlines, relating to discovery and class certification which do not conflict with any deadlines ordered by the Court in its June 10, 2010 Order, are ordered by the Court:

| | |
|---|---|
| ██████████████████ | |
| Initial Disclosures under FRCP 26 | June 28, 2010 |
| Subject to all reserved objections, Defendants will produce the majority of documents relevant to Plaintiffs' discovery requests if such requests are served by July 15, 2010 | October 15, 2010 |
| Plaintiffs to file motion for class certification | October 15, 2010 |
| Defendants to file their responses | November 29, 2010 |
| Plaintiffs to file their reply brief | January 10, 2011 |
| Hearing on the motion | **February 7, 2011 at 9:00 AM** |

2.   In submitting their initial disclosures, as permitted by Federal Rule of Civil Procedure 26(a), the parties need not comply with the requirements of Federal Rule of Civil Procedure 26(a)(1)(A)(ii) which requires the parties to include a copy -- or description by category and location -- of documents the parties may use to support their claims or defenses.

DATED: June 24, 2010                    Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
Steven M. Schatz
Douglas J. Clark
Kelley M. Kinney
Dominique-Chantale Alepin
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By:  /s/ Dominique-Chantale Alepin
          Dominique-Chantale Alepin

*Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

1   DATED: June 24, 2010                    Respectfully submitted,

2                                           SCOTT+SCOTT LLP
                                            Arthur J. Shingler
3                                           Mary K. Blasy
                                            Hal D. Cunningham
4                                           David H. Goldberger
                                            600 B Street, Suite 1500
5                                           San Diego, CA 92101
                                            Telephone: 619-233-4565
6                                           Facsimile: 619-233-0508

7
                                            By:  /s/ Mary K. Blasy
8                                                 Mary K. Blasy

9                                           *Lead Counsel for Lead Plaintiffs*

10

11                                          **ORDER**

12          PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.

13

14   Dated:     June 29, 2010

15                                          United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ATTESTATION

2     I, Dominique-Chantale Alepin, am the ECF User whose ID and password are being used

3  to file this Stipulation and [Proposed] Scheduling Order.  In compliance with General Order 45,

4  X.B., I hereby attest that Mary K. Blasy, counsel for Lead Plaintiffs has concurred in this filing.

5

6

DATED:  June 24, 2010                    WILSON SONSINI GOODRICH & ROSATI

7                                                  Professional Corporation

8

9                                         By: /s/ Dominique-Chantale Alepin

10                                               Dominique-Chantale Alepin

                                          *Attorneys for Defendants Akeena Solar, Inc., Barry*
11                                        *Cinnamon and Gary Effren*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28