1  SCOTT+SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  MARY K. BLASY (211262)
   WALTER W. NOSS (*pro hac vice*)
3  DAVID H. GOLDBERGER (225869)
4  707 Broadway, Suite 1000
   San Diego, CA  92101
5  Telephone:  619-233-4565
   Facsimile: 619-233-0508
6  ashingler@scott-scott.com
   mblasy@scott-scott.com
7  dgoldberger@scott-scott.com
8    – and –
   DAVID R. SCOTT (*pro hac vice*)
9  P.O. Box 192
   156 South Main Street
10 Colchester, CT  06415
   Telephone:  860-537-3818
11 Facsimile: 860-537-4432
12 drscott@scott-scott.com

13 *Lead Counsel for Lead Plaintiff*

14

15            UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
16                  SAN JOSE DIVISION

17 SHARON HODGES, *et al.*,              No.  C-09-02147 JW-PVT

18                    Plaintiff,         STIPULATION AND [PROPOSED]
                                         ORDER RE BRIEFING SCHEDULE ON
19        vs.                            PLAINTIFFS' MOTION FOR CLASS
                                         CERTIFICATION
20 AKEENA SOLAR, INC., *et al.*,
                                         Hon. James Ware
21                    Defendants.

22

23

24

25

26

27

28

1    Pursuant to stipulation executed by the parties and submitted to the Court on June 24, 2010,
2    and by Order entered by the Court on June 29, 2010, the parties agreed that Lead Plaintiffs' Motion
3    for Class Certification is due October 15, 2010, Defendants' response to Lead Plaintiffs' motion for
4    Class Certification is due November 29, 2010 and Lead Plaintiffs' reply in support of their Motion
5    for Class Certification is due January 10, 2011;
6        **WHEREAS**, Lead Plaintiffs' counsel has requested and Defendants have agreed to a short
7    seven-day extension of time for Lead Plaintiffs to file their Motion for Class Certification in light of
8    Lead Plaintiffs' expert's illness;
9        **WHEREAS,** Lead Plaintiffs agreed to likewise extend time for Defendants to file their
10   response and Defendants agreed to extend the deadline on Lead Plaintiffs' reply;
11       **WHEREAS**, the requested extension will not alter or delay the date set by the Court in its
12   June 29, 2010 Order for the hearing on Lead Plaintiffs' Motion for Class Certification, which the
13   Court previously set for February 7, 2011;
14       **NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, in
15   the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders, as
16   follows:
17       1.    Lead Plaintiffs shall file their Motion for Class Certification on or before October 22,
18   2010;
19       2.    Defendants shall file their response on or before December 8, 2010;
20       3.    Lead Plaintiffs shall file their reply on or before January 13, 2011; and
21
22
23
24
25
26
27
28   STIPULATION AND [PROPOSED] ORDER RE BRIEFING                                    1
     SCHEDULE FOR CLASS CERTIFICATION

1    4.    The Court will hear oral argument on Lead Plaintiffs' Motion for Class Certification

2  on February 7, 2011 at 9:00 a.m.

3

4  DATED: October 12, 2010                    SCOTT+SCOTT LLP

5                                             Arthur J. Shingler
                                             Mary K. Blasy
6                                             Walter W. Noss
                                             David H. Goldberger
7                                             707 Broadway, Suite 1000
                                             San Diego, CA 92101
8                                             Telephone: 619-233-4565
                                             Facsimile: 619-233-0508
9

10                                            /s/ Mary K. Blasy
                                             MARY K. BLASY
11

12                                            *Lead Counsel for Lead Plaintiff*

13

14   DATED:  October 12, 2010                 WILSON SONSINI GOODRICH & ROSATI
                                             PROFESSIONAL CORPORATION
15                                            Steven M. Schatz
                                             Douglas J. Clark
16                                            Kelley M. Kinney
                                             Dominique-Chantale Alepin
17                                            650 Page Mill Road
                                             Palo Alto, CA 94304
18                                            Telephone: (650) 493-9300
                                             Facsimile: (650) 493-6811
19

20                                   By:   /s/ Dominique-Chantale Alepin
                                             DOMINIQUE-CHANTALE ALEPIN
21
                                             *Attorneys for Defendants Akeena Solar, Inc., Barry*
22                                           *Cinnamon and Gary Effren*

23
                                             **ORDER**
24
              PURSUANT TO STIPULATION, IT IS SO ORDERED.
25

26   Dated: _October 14, 2010_

27                                           United States District Judge

28   STIPULATION AND [PROPOSED] ORDER RE BRIEFING                         2
     SCHEDULE FOR CLASS CERTIFICATION
                                                              09-cv-02147-JW-PVT

1

## **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2      I, Mary Blasy, attest that concurrence in the filing of this document has been obtained from

3 signatory Dominique-Chantale Alepin.  I declare under penalty of perjury under the laws o f the

4 United States of America that the foregoing is true and correct.  Executed this 12th day of October,

5 2010 at San Diego, California.

6

## **CERTIFICATE OF SERVICE**

7      I also certify that on October 12, 2010, I caused the foregoing to be electronically filed with

8 the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

9 e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the

10 foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF

11 participants indicated on the Manual Notice List.  I certify under penalty of perjury under the laws of

12 the United States of America that the foregoing is true and correct.  Executed on October 12, 2010.

13

14

15          /s/Mary K. Blasy

16         MARY K. BLASY
         SCOTT+SCOTT LLP

17         707 Broadway, Suite 1000
         San Diego, CA 92101

18         Telephone: 619-233-4565
         Fax: 619-233-0508

19         E-mail: mblasy@scott-scott.com

20
         *Lead Counsel for Lead Plaintiff*

21

22

23

24

25

26

27

28 STIPULATION AND [PROPOSED] ORDER RE BRIEFING        3
   SCHEDULE FOR CLASS CERTIFICATION
                           09-cv-02147-JW-PVT