UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | ) | |
| In re Akeena Solar, Inc. | ) | Civil Action No. C-09-02147 JW-RS |
| Securities Litigation | ) | |
| | ) | |
| | ) | |

DECLARATION OF BETH CHARLESWORTH

October 22, 2010

Table of Contents

I.    Background and Qualifications..................................................................................3

II.   Scope of Engagement ...............................................................................................3

III.  Summary of Opinions ...............................................................................................6

IV.   Market Efficiency ....................................................................................................6

      A.    *Cammer* Factor 1: Weekly Trading Volume ............................................ 10

      B.    *Cammer* Factor 2: Number of Securities Analysts ................................... 12

      C.    *Cammer* Factor 3: Number of Market Makers and Potential for Arbitrage
            Activity ...................................................................................................... 13

      D.    *Cammer* Factor 4: Eligibility to File SEC Form S-3 ................................. 15

      E.    *Cammer* Factor 5: Empirical Facts Showing a Cause-and-Effect Relationship
            Between Unexpected Corporate Events or Financial Releases and an
            Immediate Response in the Security's Price............................................... 16

      F.    Factor 6: Officer/Director Holdings vs. Shares Outstanding..................... 25

      G.    Factor 7: Exchange Listing ....................................................................... 27

      H.    Factor 8: Institutional Holdings ................................................................ 27

      I.    Factor 9: Dissemination of News............................................................... 29

V.    Conclusion: Market Efficiency …………………………………………………31


Appendix: Regression Analysis

Exhibits

1.    Resume  of Beth Charlesworth

2.    List of Documents and Data

3.    Graph of Akeena Solar Daily Share Price and Volume in Class Period

4.    Weekly Trading Volume in Akeena Solar

5.    Price and Volume Data for Akeena Solar

6.    Securities Analysts Issuing Reports on Akeena Solar in Class Period

7.    NASDAQ Market Makers in Akeena Solar Common Stock

8.    Short Interest In Akeena Solar Common Stock

9.    Graph of  $100 Invested in Akeena Solar vs. in Market and Industry

10.   Components of Industry Index

11.   Daily Returns of Market Index, Industry Index, and Akeena Solar Common Stock

12.   Officer/Director Holdings in Class Period

13.   Institutional Holdings in Akeena Solar

14.   Increases in Institutional Holdings of Akeena Solar

15.   Summary Compilation of News

16.   Regression Model

I, Beth Charlesworth, declare:

## I.     Background and Qualifications

1.      I have been retained through my employer, Stanford Consulting Group, Inc. ("SCG"),

which provides research and consulting services in financial economics and related areas to

clients, including government agencies, corporations, and law firms.  Since 1981, SCG has

provided economic research and expert testimony for business litigation and regulatory and

legislative proceedings.   SCG professionals hold masters or doctoral degrees in business,

economics or operations research.  I have an M.B.A. degree from Stanford University's Graduate

School of Business, and an A.B. degree in English from Miami University.  I have served as a

consultant or expert in the areas of market efficiency, materiality, causation, and damages in a

number of securities class actions over a period of more than 20 years.

2.       My current hourly rate is $495.  The fees charged Lead Plaintiff for this project are not

contingent on the outcome of this matter.

## II.     Scope of Engagement

3.      I have been retained by Counsel for Lead Plaintiff in this class action to provide expert

opinion on the efficiency of the market for the common stock of Akeena Solar, Inc. ("Akeena" or

"the Company") during the period December 26, 2007, through March 13, 2008, inclusive (the

"Class Period") per the Amended Complaint filed December 11, 2009 (the "Complaint").  My

opinions are based upon my professional knowledge and experience, as well as on a review of

documents and information relevant to this matter, and analyses described in this declaration and

its exhibits.  Documents, data, and other information that I have relied upon as a basis for my

opinions are cited in this declaration and its exhibits.  Such documents and information are

typically relied upon by financial experts in securities class actions or by financial economists in

their research.  Analyses which are bases for my opinions are described in this declaration and its

exhibits, and results of those analyses are contained in this declaration and its exhibits.

Documents and information relied on in whole or in part are summarized below and in Exhibit 2.

These include:

- Lead Plaintiff's Amended Complaint, dated December 11, 2009 (the "Complaint");

- the Court's Order Denying Defendants' Motion to Dismiss dated May 20, 2010;

- certain filings by the Company with the U. S. Securities and Exchange Commission

  ("SEC") for the years 2007-2008;

- press releases issued by Akeena before, during and after the Class Period as

  published by *PR Newswire*, *Business Wire*, and Factiva (formerly Dow Jones)[1];

- transcripts of conference calls held by Akeena management with members of the

  investment community on November 13, 2007, and March 13, 2008;

- news releases concerning the Company, obtained from Factiva and Bloomberg;

- data on daily closing prices, trading volumes, dividends and stock splits for

  Akeena stock, as provided by Bloomberg;

- daily returns on the New York Stock Exchange ("NYSE")/American Stock

  Exchange ("Amex")/Nasdaq composite stock index (collectively "NAN")

  provided by the University of Chicago Center for Research in Security Prices

  ("CRSP")[2] for the period;

---

[1] Factiva, a Dow Jones & Reuters Company, provides global content, including *Dow Jones* and *Reuters Newswires* and *The Wall Street Journal*.  Factiva offers content covering nearly 8,000 sources used by leading organizations around the world.  Source: www.factiva.com.

[2] CRSP is a financial research center at the University of Chicago's Graduate School of Business and an organization from which academics and other economists frequently obtain data, including prices, on securities and on market and industry indices.

- data on NASDAQ market-makers in Akeena Solar stock during the Class Period, provided by Bloomberg;

- reports on Akeena written by securities analysts who followed the Company, obtained from Counsel and from the online services Bloomberg[3], Reuters Knowledge[4] and Thomson Research[5];

- data on companies considered for the industry index obtained from Bloomberg, including share prices;

- SEC filings of companies considered for the industry index;

- daily returns on a market-capitalization-weighted index of companies in the solar energy industry.

4.      I may review additional information and documents, including information and documents that may become available through discovery and the reports and depositions of other expert witnesses.  The opinions offered in this declaration are subject to refinement or revision based on continuing analysis of the documents and materials listed in Exhibit 2, as well as new

---

[3] Bloomberg L.P., founded in 1981, is an information services, news and media company, serving customers in 160 countries around the world.  Bloomberg's media services provide real-time and archived financial and market data, pricing, trading, news and communications tools in a single, integrated package to corporations, news organizations, financial and legal professionals.  Source: http://about.bloomberg.com/company.html; http://about.bloomberg.com/product.html

[4] According to its website, Reuters Knowledge is a state-of-the-art Web-based global research solution for investment managers, portfolio managers, buy-side analysts, research analysts, investment bankers, senior corporate executives, chief investment officers, and anyone else who requires timely, accurate, in-depth, and comprehensive financial information and pre-trading analysis.  Source: http://www.knowledge.reuters.com

[5] According to its website, Thomson Research features the most comprehensive collection of critical company information and analyst research reports on the web. Source: http://research.thomsonib.com/

or additional information which may be provided to or obtained by me in the course of this matter.

### III.    Summary of Opinions

5.      Based on my review and analysis of data and evidence described herein, I conclude that the market for Akeena Solar's common stock during the Class Period was efficient.

### IV.    Market Efficiency

6.      Over the past thirty years, the efficient capital market hypothesis ("ECMH") has risen to a prominent position in financial and economic theory.  In securities class action litigation, it is "semi-strong" market efficiency that is relevant—the ECMH states that in semi-strong efficient markets, securities prices incorporate all publicly available information.  This hypothesis has been empirically validated in numerous studies.[6]  The ECMH also has stood up against its critics; while anomalies have occurred in financial markets, they are random and do not allow for trading strategies that would create abnormal profits.[7,8]  In an efficient market, investors can rely

---

[6] See, *e.g.,* Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance,* Vol. 25, Issue 2, May, 1970, pp. 383–417.  In this article, Fama provides an overview of a number of studies supporting the efficiency of capital markets.

[7] Fama, Eugene F., "Market Efficiency, Long-term Returns, and Behavioral Finance," *Journal of Financial Economics*, Vol. 49, 283–306 (1998).  Fama states:

> Consistent with the market efficiency hypothesis that the anomalies are chance results, apparent overreaction to information is about as common as underreaction, and post-event continuation of pre-event abnormal returns is about as frequent as post-event reversal.  Most important, consistent with the market efficiency prediction that apparent anomalies can be due to methodology, most long-term return anomalies tend to disappear with reasonable changes in technique.

[8] Malkiel, Burton G., "The Efficient Market Hypothesis and Its Critics," *Journal of Economic Perspectives*, Vol. 17, 59–82 (Winter 2003).  Malkiel writes:

> Before the fact, there is no way in which investors can reliably exploit any anomalies or patterns that might exist. … [T]hese patterns are not robust and

on the market price as reflecting all publicly available information.  In other words, the price at which an investor can buy or sell a security is the market's consensus as to that security's fair value given all of the publicly available information at the time of purchase or sale.

7.      The seminal Rule 10b-5 case of the 1980's, *Basic Inc. v. Levinson*, 485 U.S. 224 (1988) clarified that because most publicly available information is reflected in the market price, an investor's reliance on any public material misrepresentations may be presumed for purposes of a Rule 10b-5 action.

> "The fraud on the market theory is based on the hypothesis that, in an open and developed securities market, the price of a company's stock is determined by the available material information regarding the company and its business. … Misleading statements will therefore defraud purchasers of stock even if the purchasers do not directly rely on the misstatements. … The causal connection between the defendants' fraud and the plaintiffs' purchase of stock in such a case is no less significant than in a case of direct reliance on misrepresentations."[9]

8.      The fraud-on-the-market theory permits investors in an efficient market to rely on the market price, even though that price may contain the effects of misrepresentations or omissions. The *Basic* Court noted:

---

> dependable in different sample periods, and some of the patterns based on fundamental valuation measures of individual stocks may simply reflect better proxies for measuring risk. … Many of the predictable patterns that have been discovered may simply be the result of data mining.

He further quotes Richard Roll, an eminent academic financial economist and portfolio manager:

> I have personally tried to invest money, my client's money and my own, in every single anomaly and predictive device that academics have dreamed up. … I have attempted to exploit the so-called year-end anomalies and a whole variety of strategies supposedly documented by academic research.  And I have yet to make a nickel on any of these supposed market inefficiencies … a true market inefficiency ought to be an exploitable opportunity.  If there's nothing investors can exploit in a systematic way, time in and time out, then it's very hard to say that information is not being properly incorporated into stock prices.

[9] *Basic Inc.*, 485 U.S. 224, 241–42 (omissions in original) (quoting *Peil v. Speiser*, 806 F.2d 1154, 1160–61 (3d Cir. 1986)).

> "In an open and developed market, the dissemination of material misrepresentations or withholding of material information typically affects the price of the stock, and purchasers generally rely on the price of the stock as a reflection of its value."[10]

9.     A direct empirical test of market efficiency is to examine price responsiveness to the release of new and material information.  If the security price responds quickly, the response supports a conclusion that the market for the security is efficient.  As an indirect test of efficiency, one can examine whether market conditions promote efficiency.  Case precedent exists on such indirect indicators of market efficiency.  The *Cammer* Court found that for the market for a particular security to be efficient, the following two criteria should be met:[11]

- it should trade in an open market in which anyone, or at least a large number of persons, can buy or sell;

- it should trade in a developed market which has a relatively high level of activity and frequency, and for which trading information (*e.g.*, price and volume) is widely available.  It usually, but not necessarily, has continuity and liquidity (the ability to absorb a reasonable amount of trading with relatively small price changes).

10.    Specifically, the *Cammer* Court identified five factors that may be considered in determining whether a market for a stock is efficient and, therefore, whether security prices respond quickly to new relevant information.  These factors include both a direct empirical test,

---

[10] *Id*.

[11] *Cammer v. Bloom*, 711 F. Supp. 1264, 1276 n. 17 (D.N.J. 1989): "Definitions of the key terms which underlie the fraud on the market theory were offered by commentators Bromberg & Lowenfels, 4 *Securities Fraud and Commodities Fraud,* §8.6 (Aug.1988)."

as well as indirect indicators, of the efficiency of a market for a security.  In forming my opinion, I have considered each of the five factors as applied to the market for Akeena stock:[12]

- whether the security trades at a large weekly volume;

- whether analysts follow and report on the security;

- whether the security has market makers and whether there is potential for arbitrage activity;

- whether the company is eligible to file Securities and Exchange Commission ("SEC") Form S-3; and

- whether there are empirical facts showing a cause-and-effect relationship between unexpected corporate events or financial information releases and an immediate response in the security's price.

11.     The *Cammer* factors address informational efficiency, *i.e.*, whether the market conditions exist such that when material, new, unexpected information is released, the price of the company's security changes to reflect the new mix of public information.  I also have considered additional factors in evaluating market efficiency:[13]

- the security's float, i.e., shares outstanding excluding stock owned by officers and/or directors;

- the principal exchange on which the security was listed and traded;

- institutional ownership of the security; and

---

[12] *Cammer*, 711 F. Supp. pp. 1285–87.

[13] *Unger*, 401 F.3d 316 at 323, HN10; *Bell*, 422 F.3d 307 at 313, n10; *Krogman v. Sterritt* 202 F.R.D. 467 (N.D. Tex. 2001) pp. 474, 478; See also, *O'Neil v. Appel* 165 F.R.D. 479 (W.D. Michigan 1995) at 503.

- news coverage and dissemination of information by news sources pertaining to the Company and its securities during the Class Period.

12.     Consideration of these *Cammer* factors (the first five factors discussed below), plus additional factors discussed below, supports a conclusion that the market for Akeena stock during the Class Period was informationally efficient.

### A.     *Cammer* Factor 1: Weekly Trading Volume

13.     A market for a stock is liquid if investors can trade a large number of shares on demand. Liquidity allows investors to buy and sell shares quickly when their assessments about the value of a company's stock have changed, facilitating a prompt price reaction to material new information.  The high level of trading activity associated with trading in Akeena shares during the Class Period indicates that Akeena stock traded in a liquid market.  During the Class Period, Akeena stock was listed and traded on the NASDAQ Capital Market sector of the NASDAQ Stock Market ("NASDAQ").[14]  (See Exhibit 5 for reported daily prices and volumes of Akeena Solar stock.)

---

[14] The NASDAQ Stock Market is a national securities exchange, and includes the NASDAQ Global Select Market and NASDAQ Global Market (formerly the NASDAQ National Market), and the NASDAQ Capital Market (formerly the NASDAQ SmallCap Market).  During the Class Period, Akeena Solar's average market capitalization was approximately $222.8 million, with a minimum of $162.3 million and maximum of $418.4 million.  By comparison, the 2007 average market capitalization of all NASDAQ issues was $1.387 billion (Bloomberg).  Companies must meet 1 of 3 standards for listing on the NASDAQ Capital Market: the Equity Standard, the Market Value of Listed Securities Standard, and the Net Income Standard ("Listing Standards & Fees," NASDAQ, July 2010).  Under the "Market Value of Listed Securities Standard" the current market capitalization requirements for initial listing and continued listing on the NASDAQ Capital Market are $50 million and $35 million, respectively.

14.     According to one authority, "turnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[15]

15.     Akeena reported its total shares issued and outstanding as 27.89 million on November 8, 2007 prior to the beginning of the Class Period, and 28.39 million on March 10, 2008, shortly before the end of the Class Period on March 13, 2008.[16]  The average weekly reported trading volume for Akeena, excluding weeks not entirely contained within the Class Period (*i.e.*, the weeks ending December 28, 2007 and March 14, 2008), was approximately 14.6 million shares, or 52.2% of the shares outstanding.  See Exhibit 4 for a summary of Akeena's reported weekly trading volume and shares outstanding.

16.     The annualized turnover ratio is the annual reported trading volume divided by the number of shares outstanding.  Total trading volume of Akeena shares during the Class Period was approximately 156 million shares, compared to 28.39 million shares outstanding at the end of the Class Period.  This is an annualized turnover ratio of 2575.5%.[17]  By comparison, in 1998 the average annualized turnover ratio for NASDAQ listed stock was 215.8%.[18]  In 2007 and

---

[15] *Cammer*, 711 F. Supp. at 1293, quoting Bromberg.

The *Cammer* Court examined a stock that traded on NASDAQ.  On NASDAQ, most transactions involve a market maker such that a transaction from an investor to another investor goes through a market maker and is counted twice (the sell from the first investor to the dealer is counted and then the sell from the dealer to the second investor is counted in the reported share volume).

[16] Akeena Solar Form 10-QSB filed November 13, 2007; Akeena Solar Form 10-KSB filed March 19, 2008.

[17] Share volume divided by shares outstanding divided by time period in years.

[18] 1999 NASDAQ-Amex Fact Book & Company Directory, p. 59. 1999 was the last year NASDAQ published a Fact Book and provided the average annual turnover ratio.

2008, the average annualized turnover ratio for the New York Stock Exchange ("NYSE") listed stock was 123% and 138%, respectively.[19]

17.     The high trading volumes and high annualized turnover ratio support a conclusion that the market for Akeena stock was efficient during the Class Period.

### B.     *Cammer* Factor 2: Number of Securities Analysts

18.     Securities analysts research and report to investors on the financial condition and prospects of a covered company.  Analysts are conduits to the market for information collected from management from on-site visits, conference calls accompanying key company announcements, and other contacts with senior management.  Analysts can channel new information to the market rapidly through their published reports, online reporting services such as First Call, and alerts given to clients and other employees of the same investment firm. Analysts thus facilitate the dissemination of new information to investors.

19.     During the Class Period, securities analysts from at least four firms published reports or notes on Akeena Solar, including: Jesup & Lamont Securities Corp., Ardour Capital Investments LLC, Global Hunter Securities LLC, and RiskMetrics Group (report on solar energy companies specifically discussed Akeena, among others).  Titles of analysts' publications released during the Class Period and featuring Akeena, which are available from on-line services at this time or were provided by Counsel, appear in Exhibit 6.  During this Class Period of less than three months, at least six reports or notes concerning the Company were issued by securities analysts from at least four different firms.

20.     In addition, a variety of securities analysts participated in Akeena Solar conference calls bracketing the Class Period, on November 13, 2007, and on March 13, 2008, the last day of the

---

[19] NYSE Factbook Online, http://www.nyxdata.com/Data-Products/Facts-and-Figures (I report NYSE annualized statistics here because I have not found comparable statistics for NASDAQ.)

Class Period.  This indicates more analysts were following the Company.  The transcript of the

conference call on November 13, 2007, held to discuss Akeena's third-quarter 2007 results,

reported participating analysts representing the following firms: Jesup & Lamont Securities

Corp., Cowen & Company, Broadpoint Capital, GRCM, B. Riley & Co., and Natixis.[20]  The

transcript of Akeena's conference call on March 13, 2008, the date the Company announced

results for the fourth quarter of 2007, lists participant analysts representing the following firms:

Friedman, Billings, Ramsey & Co.; Natixis Bleichroder; Broadpoint Capital; Ardour Capital

Investments; Jesup & Lamont Securities Corp.; Global Hunter Securities LLC; Pacific Crest

Securities; Cowen and Company; Jeffries & Company; Collins Stewart; Needham & Company;

Alternative Research Services Inc.; and Grand Viewpoint Capital.[21]

21.     The presence of securities analysts following the Company and the reporting on Akeena

Solar by securities analysts during the Class Period support a conclusion that there was an

efficient market for Akeena stock during that time.

> **C.     *Cammer* Factor 3: Number of Market Makers and Potential for Arbitrage Activity**

22.     With respect to the number of market makers, the third *Cammer* factor applies to stocks

listed on NASDAQ because that exchange uses market makers to facilitate market efficiency.

Market makers enable investors to trade promptly upon the arrival of new relevant information,

and thereby new information can be rapidly reflected in securities prices. For months in whole or

in part within the Class Period, the number of market makers in Akeena Solar stock ranged from

a low of 20 in December, 2007, to a high of 39 in January, 2008.[22]  During the same months, the

---

[20] Transcript of November 13, 2007 conference call, Voxant FD (FAIR DISCLOSURE) WIRE.

[21] Transcript of March 13, 2008 conference call in Akeena Solar Inc. SEC Form 8-K filed 3/19/08 for the period 3/13/08.

[22] Bloomberg

average number of market makers per NASDAQ security ranged from a low of 16.86 in January, 2008, to a high of 19.44 in December, 2007, as indicated in Exhibit 7.[23]

23.     The third *Cammer* factor also addresses the existence of arbitrageurs, generally understood to be sophisticated investors who can act rapidly to take advantage of pricing discrepancies.  Arbitrage has been defined as:

> … the process of earning riskless profits by taking advantage of differential pricing for the same physical asset or security.  As a widely applied investment tactic, arbitrage typically entails the sale of a security at a relatively high price and the simultaneous purchase of the same security (or its functional equivalent) at a relatively low price.
>
> Arbitrage activity is a critical element of modern, efficient security markets.  Because arbitrage profits are by definition riskless, all investors have an incentive to take advantage of them whenever they are discovered.  Granted, some investors have greater resources and inclination to engage in arbitrage than others.  However, it takes relatively few of these active investors to exploit arbitrage situations and, by their buying and selling actions, eliminate these profit opportunities.[24]

24.     Short interest may be an indicator of arbitrage activity as arbitrageurs act to take advantage of and thereby eliminate any mispricing which may exist by simultaneously buying and selling securities.  A short sale is the sale of a stock that an investor does not own.  When an investor holds the belief that a stock price will decline, he can borrow the stock, sell the stock, and then buy the stock back later to return it to the lender.  If the price drops between the time that short seller sold the stock and the time he buys it back, the short seller realizes a gain.  Thus, short-selling can facilitate market efficiency by allowing borrowing and selling of stock when certain investors believe that the price could decline.

---

[23] Nasdaqtrader.com

[24] Sharpe, William F., Gordon J. Alexander and Jeffrey V. Bailey, *Investments*, (NJ: Prentice Hall) 1999, 6th ed., p. 284.

25.     Short interest in Akeena Solar stock and changes in short interest during the Class Period appear in Exhibit 8.  The average short interest in Akeena's stock, reported biweekly 12/31/07 through 3/14/08, represented 7.88% of total shares outstanding.  Short interest at 12/31/07 was 7.97% of shares outstanding; short interest at 3/14/08, one day after the Class Period, equaled 9.71% of shares outstanding.

26.     The presence of market-makers and short interest in Akeena Solar stock during the Class Period support a conclusion that the market for the Company's stock was efficient in that period.

### D.    *Cammer* Factor 4: Eligibility to File SEC Form S-3

27.     Form S-3 is a simplified registration form that may be used if a company has been subject to Securities Exchange Act of 1934 reporting requirements for more than one year, has filed all required SEC documents in a timely manner during the prior twelve months, and has not, since the last audited statements, failed to pay required dividends or sinking funds, or defaulted on debts or material leases; and has a public-float market capitalization of at least $75 million within 60 days prior to an S-3 filing.[25]  It is the SEC's view that these S-3 eligible companies – those that disclose financial information to the SEC and issue press releases to the public – have already disseminated information to the marketplace, and, therefore, that the market operates efficiently for them.[26]  Companies such as Akeena, which have previously provided what the SEC deems to be sufficient public information may incorporate prior filings by reference into current filings, and need not repeat such information since it is already widely publicly available.  Certain courts have also stated that the ability to file Form S-3 is an indicator of market efficiency:  "Corporations permitted to use the S-3 form are thus presumed to be actively traded and widely followed.  See *Harman, 122 F.R.D. at 525.*  Therefore, a company's ability to file an

---

[25] http://www.sec.gov/about/forms/forms-3.pdf.

[26] SEC Securities Act Release No. 6331 (August 18, 1981) pp. 5, 6.

S-3 Registration Statement points to market efficiency."[27]  The *Cammer* court also discussed the relationship between S-3 eligibility and efficiency, noting that "[t]he issue is not whether Coated Sales recently completed a public offering, but whether, if it did, it would enjoy the benefit of making abbreviated prospectus disclosure because the SEC viewed it to be in an efficient market where documents 'on file' could be deemed to be known by the investment community."[28]

28.     Akeena Solar was permitted to use the Form S-3 Registration Statement before as well as during the Class Period.  Akeena Solar filed SEC Form S-3 on November 29, 2007, shortly before the Class Period.  The Company also filed SEC Form S-3 on January 9, 2008, during the Class Period.  The fact that Akeena Solar was eligible to file Form S-3 prior to and within the Class Period, an eligibility that enabled the Company to incorporate certain financial and other information by reference, supports a conclusion that the market for the Company's stock was efficient throughout the Class Period.

>        **E.      *Cammer* Factor 5: Empirical Facts Showing a Cause-and-Effect Relationship Between Unexpected Corporate Events or Financial Releases and an Immediate Response in the Security's Price**

29.     According to the ECMH, securities prices in efficient markets incorporate all available public information.  A direct test of market efficiency is to conduct an event study to examine whether a firm's stock price responded to material new information.  It is important to note that material new information is new once, *i.e.*, once incorporated into the market mix of information with subsequent price reaction, successive announcements of the same information will have no additional effect on share price.

30.     I performed an event study of information released on all dates during the Class Period to determine whether material company-specific news promptly (*i.e.*, usually within the same

---

[27] *Krogman v. Sterritt* 202 F.R.D. 467 (N.D. Tex. 2001) at 476.

[28] *Cammer*, 711 F. Supp. at 1284.

trading day, or the following trading day for later-day or after-market-close announcements) caused a measurable price reaction after accounting for general market and industry effects. My review for this event study included news articles, reports by securities analysts, and Akeena's SEC filings issued in the Class Period. The regression model used and various data inputs and output appear in Exhibits 10, 11, and 16; the quantitative analysis is described in the Appendix to this report.[29] The following table lists dates within the Class Period of: (1) news concerning Akeena revenue and earnings; (2) false and misleading statements and disclosures identified in the Complaint. Dates of news on earnings and revenue were chosen for the price-response examination because estimates of future earnings are the source of a stock's current price. Pre-specifying such a topic of examination provides an objective and replicable set of data points to study. A summary of the news and information disclosed around these days is provided in the table below. A chronology is provided as Exhibit 15, which displays each date during the Class Period with the day's closing stock price (if a trading day), daily return, and titles of news articles (including Company press releases),[30] indication of SEC filings by Akeena, and titles of securities analysts' reports issued.

---

[29] Exhibit 10 is a list of all companies considered for the industry index.

Exhibit 16 is the regression model.

Exhibit 11 is a list for each day of the Class Period of Akeena's stock price return, the return on the market index, the residual return on the industry index, the predicted return on Akeena stock given the market and industry returns, the residual return on Akeena stock (which is the difference between the actual return and the predicted return), the standard error of the residual return on Akeena stock, and t-statistic (a measure of significance), and an indicator of whether the residual return on Akeena stock is significant.

Exhibit 15 is a summary chronology of news during the Class Period, and includes the headlines and lead sentence of news articles retrieved from Factiva and Bloomberg, and titles from analysts' reports and SEC filings.

[30] Articles were obtained from Bloomberg (company ticker equal to "WEST") and Dow Jones' Factiva (where "Akeena Solar" is contained within the headline or lead paragraph, excluding mutual fund listings). Only headlines and lead paragraphs are provided in Exhibit 15. The entire

31.     The 95% level of confidence is a measure frequently employed by economists to determine statistical significance, and is the level used here to determine whether the residual change in Akeena's stock price is statistically significant or not, denoted in the table below by "***".

| Event Date, Time[31] (Impact Date) | Actual Change in Akeena Stock Price | Residual Change in Akeena Stock Price (Sig = ***) | Summary of News and Information |
|---|---|---|---|
| 12/26/07 8:00 am | $1.48 22.36% | 18.93% *** | Before market open, Akeena announced it had "received a commitment from Comerica Bank to increase its existing credit line from $7.5 million to $25 million" with "$17.5 million …available for borrowing on a non-formula basis, with up to a further $7.5 million available for borrowing against accounts receivable and inventory levels."[32]

*MidnightTrader* reported "Pre-Market Volume Interest Building in Shares" with the announcement.[33] |
| 1/2/08 8:00 am | $3.49 43.84% | 42.08% *** | Before market open, Akeena announced it had licensed Suntech Power Holdings Co. Ltd. to distribute the Andalay solar panel product in Europe, Japan and Australia beginning in January 2008.  CEO Cinnamon was quoted: "We are experiencing very strong demand for Andalay, and this licensing agreement with Suntech will allow us to meet our customers' needs for Andalay outside of our direct channels in the U.S."  Akeena's release also stated: "Suntech targets sales of over |

---

articles are publicly available and were reviewed during the event study process; they are not included in Exhibit 15 to reduce the length of this exhibit.

[31] All times are US Eastern Time.

[32] *Business Wire*, "Akeena Solar Increases Credit Line to $25 Million," December 26, 2007, 8:00 am ET.

[33] *MidnightTrader*, "Akeena Solar Hikes Credit Line to $25 Mln – Pre-Market Volume Interest Building in Shares," December 26, 2007, 8:02 am ET.

| Event Date, Time[31] (Impact Date) | Actual Change in Akeena Stock Price | Residual Change in Akeena Stock Price (Sig = ***) | Summary of News and Information |
|---|---|---|---|
| | | | 10 MW of the Andalay solar panels to the licensed regions in 2008." [34] |
| 1/3/08 10:07 am | $2.15 18.78% | 18.99% *** | *Bloomberg* reported Jesup & Lamont analyst had issued an update on Akeena Solar.[35]<br><br>Jesup & Lamont report: "Akeena announced the first, we believe, in a series of licensing and distribution deals for the Andalay product…This licensing and distribution agreement and the others that may follow will most likely provide relatively small revenue improvements, but significantly enhanced gross margins.  Akeena is estimating the STP agreement will result in approximately $1 million in additional revenue for 2008 given the demand picture at this time….Our licensing/distribution revenue estimate for 2008 will remain unchanged at this time due to our belief that additional contracts will be forthcoming…The timing and quality of the new deal increases our confidence in Akeena's ability to strike major deals in the industry….The recently announced credit line expansion with Comerica Bank from $7.5 million to $25 million increases our confidence in Akeena's ability to convert sales leads into contracts as working capital needs and financial flexibility become less of a risk for the company…..Akeena's ability to successfully raise equity capital, expand its credit facility, and sign a licensing agreement with one of the largest solar manufacturers in the world has increased our confidence in management's ability to execute its growth plan and reduce investment risk."[36] |

---

[34] *Business Wire,* "Akeena Solar Licenses New Solar Panel Technology to Suntech; Suntech to Distribute Andalay Panels in Europe, Japan, and Australia," January 2, 2008, 8:00 am ET.

[35] *Bloomberg*, "JLS Akeena Solar (AKNS): Company Update," January 2, 2008, 10:07 am ET.

[36] Jesup & Lamont Company Update: "Akeena Solar, Inc. Andalay licensing and distribution begins," January 3, 2008.

| Event Date, Time[31] (Impact Date) | Actual Change in Akeena Stock Price | Residual Change in Akeena Stock Price (Sig = ***) | Summary of News and Information |
|---|---|---|---|
| | | | After market close SEC Form F4 filed reporting CEO Cinnamon's sale of 100,000 shares on 1/2/08 (9:57 pm). |
| 1/8/08 1:59 pm | -$1.87 -13.33% | -12.62% *** | SEC Form F4 filed, reporting CEO Cinnamon's sale of 300,000 shares on 1/7/08. |
| 1/9/08 | -$2.31 -18.97% | -17.81% *** | RiskMetrics Group report: "Overview of Financial Statement Risk at Solar Energy Companies…Analysis of Inventory Levels…inventory growth at the following companies appears excessive and may result in future quarter margin pressure…AKNS' inventory expressed in days sales (DSI) grew 45 days year-over-year and 42 days sequentially to 95 days – a historical high….Declines in warranty liability balances at AKNS…may have benefited earnings in recent quarter.  We note however that none of these companies' warranty balances was below industry average….While AKNS provides and installs turnkey solar systems for its client, the company does not produce solar modules on its own and as such appears even more vulnerable to polysilicon, solar cell and solar module shortages in future quarters.[37]  The SEC received Akeena Solar's Form S-3 at 3:44 pm ET, covering shares eligible for sale stemming from private placements in 2006, March 8, 2007, and June 4, 2007, previously registered in 2007. Covered shares totaled 6.938 million shares plus 1.350 million shares issuable or issued on exercise of warrants.  Later in the day Akeena issued a press release |

---

[37] RiskMetrics Group: "Overview of Financial Statement Risk at Solar Energy Companies," January 9, 2008.

| Event Date, Time[31] (Impact Date) | Actual Change in Akeena Stock Price | Residual Change in Akeena Stock Price (Sig = ***) | Summary of News and Information |
|---|---|---|---|
| | | | stating this registration was an updated Form S-3 which carried forward previous registrations of these same shares in 2007.[38] |
| 1/16/08 4:56 pm (1/17/08) | -$0.48 -5.65% (1/17/08) | -1.22% (1/17/08) | After market close the SEC received Akeena Solar Form 8-K with attached revised Loan Agreement with Comerica executed 1/11/08.  8-K: "Pursuant to the terms of the Credit Facility, the first $17.5 million borrowed under the Credit Facility will not be governed by any formula restrictions but is subject to satisfaction by the Company of a cash collateral balance requirement."[39] |
| 2/19/08 8:01 am | $0.19 2.64% | 6.09% | Before market open, Akeena announced preliminary 2007 revenue of $32.2 million, up 141% from 2006, vs. prior guidance of 135%. CEO Cinnamon: "[o]ur goal is to double revenue in 2008…Our 2008 business plan calls for us to achieve EBITDA breakeven by year-end, adjusted for non-cash stock based compensation expense. We expect to make substantial progress toward reaching GAAP profitability by the end of 2009."[40]   [I.e., management guidance for longer-term 2008 revenue = approximately $64 million.]  *Associated Press Newswires* 9:23 am: Analysts expect sales of $31.5 million, according to a poll by |

[38] *Business Wire*, "Akeena Solar Files Updated Registration for Previously Issued Shares," January 9, 2008, 7:52 pm ET.

[39] During the Class Period Akeena management continued to make public statements indicating the revised credit agreement contributed to Akeena's liquidity, as for example on February 21, 2008 at the Roth Capital Partners' 20th Annual OC Growth Stock Conference, where Akeena's EVP of Sales and Marketing stated: "We did raise $26.1 million in the pipe during Q4 and we also just got a $25 million line of credit from Comerica, our bank.  So we are very cash solid...". (*Voxant FD (FAIR DISCLOSURE) WIRE*, "Akeena Solar at Roth Capital Partners 20th Annual OC Growth Stock Conference – Final," February 21, 2008.)

[40] *Business Wire*: "Akeena Solar Announced Preliminary 2007 Revenue of $32.2 Million; Company Forecasts 2008 Revenue Growth of Approximately 100% over 2007," February 19, 2008, 8:01 am ET.

| Event Date, Time[31] (Impact Date) | Actual Change in Akeena Stock Price | Residual Change in Akeena Stock Price (Sig = ***) | Summary of News and Information |
|---|---|---|---|
| | | | Thomson Financial….Analysts predict 2008 sales of $63.3 million."[41] |
| 3/3/08 | $0.13 2.23% | 3.08% | Global Hunter Securities LLC initiated coverage of Akeena with "Neutral" rating.  Projected EPS of ($0.46) for 2007, doubling of revenue in 2008 consistent with Akeena announcement 2/19/08; also projected Akeena would achieve positive net income in 4Q09, again consistent with Akeena's 2/19/08 forecast.  Analyst noted: "…utilities have been delaying the systems' certification and activation and consequently, the payout on rebates. This has created some working capital strain on the installers…..Akeena must prove that it can build a profitable solar installation business….if it can, then it will be able to share in the high valuations afforded other companies in the solar sector."[42] |
| 3/13/08 7:55 am 9:59 am 2:00 pm | -$0.56 -8.35% | -10.87% *** | Akeena issued 2 press releases and held a conference call.<br><br>At 7:55 am Akeena reported signing an agreement with Kyocera Solar Inc. for Kyocera to manufacture Andalay solar panels, making Kyocera its second Andalay supplier.[43]<br><br>At 9:59 am in a corrected release, Akeena announced 4Q07 and year 2007 results, including 4Q07 revenue of $10.3 million or 130% over 4Q06, net loss in 4Q07 ($0.18)/share vs. ($0.07) in 4Q06; 4Q07 gross margin 18.2% compared to 21% of sales in 3Q07, said to be due to a higher proportion of commercial installations.  For year |

---

[41] *Associated Press Newswires*: "Akeena Solar boost 2007 sales estimate, expects 2008 revenue to double on new technology," February 19, 2008, 9:23 am ET.

[42] Global Hunter Securities LLC: "Akeena Solar Inc.," March 3, 2008.

[43] *Business Wire*: "Akeena Solar Signs Manufacturing Partnership with Kyocera," 7:55 am ET, March 13, 2008.

| Event Date, Time[31] (Impact Date) | Actual Change in Akeena Stock Price | Residual Change in Akeena Stock Price (Sig = ***) | Summary of News and Information |
|---|---|---|---|
| | | | 2007, revenue was $32.2 million [as reported 2/19/08], up 140.6% from 2006; gross profit margin was 21.2% of sales vs. 22.0% in 2006. Year 2007 net loss was ($0.52)/share vs. ($0.16) in 2006. Management again forecast EBITDA breakeven (adjusted for noncash stock-based compensation) by the end of 2008, as well as "substantial progress toward reaching GAAP profitability by the end of 2009."[44]<br><br>In the early-afternoon conference call, Akeena management was questioned on topics including the evident increased days of inventory, effect of licensing on margins, when Suntech's distribution would ramp up, definition of backlog, and Akeena's liquidity condition with the bank credit line. In response to a question concerning licensing and "how your margin profile is going to change as you go into the international market", CEO Cinnamon stated regarding the Suntech licensing agreement, "the licensing revenues almost go completely to the bottom line.....it's something that is going to be relatively small in 2008, I'd say less than $1 million, but it's something that's going to continue to grow." Later in the call, another analyst again questioned management on the Suntech licensing agreement, specifically on its contribution in 2008. CFO Effren stated : "Suntech has said that they plan to distribute 10 megawatts of Andalay in the licensed territories during the year. What we said—I think we're being probably a little bit more cautious and conservative—is that it would probably be somewhere in the neighborhood between $0.5 and $1 million to us in 2008."<br><br>*Reuters*: for 4Q07 Akeena "reported a wider-than- |

[44] Business Wire: "AKEENA SOLAR ANNOUNCES FOURTH QUARTER AND YEAR-END 2007 RESULTS," March 13, 2008, 9:59 am ET (corrected).

| Event Date, Time[31] (Impact Date) | Actual Change in Akeena Stock Price | Residual Change in Akeena Stock Price (Sig = ***) | Summary of News and Information |
|---|---|---|---|
| | | | expected quarterly loss, hurt by higher operating costs related to expansion…Analysts on average were expecting a loss of 11 cents a share…analyst at Ardour Capital said he does not expect the company to break-even till around 2011."[45] |
| | | | Jesup & Lamont analyst report: "Akeena announced mixed Q407 and full year 2007 results. Revenues for the quarter and the year were above our estimates at $10.3 million and $32.2 million vs. our estimates of $9.5 million and $31.4 million respectively. EPS however were below our estimates at ($0.18) for the quarter and ($0.52) for the year vs. our ($0.10) and ($0.29) numbers respectively. Gross margins of 18% negatively impacted the quarter's bottom line and were the lowest reported gross margins for the year...".[46] |
| | | | [Akeena already had reported 2007 revenue on 2/19/08, but not earnings. Other analysts following Akeena prior to 3/13/08 had projected 2007 EPS of ($0.46)[47] and ($0.44)[48], smaller losses than Akeena reported this date.] |

32.    There is evidence, as described above, that Akeena's stock price responded to important

company-specific news in this short Class Period. Of the two dates of announcements related to

Akeena's current and expected earnings and revenue, on March 13, 2008, Akeena reported an

---

[45] *Reuters*: "UPDATE 2 – Akeena Solar posts wider Q4 loss, shares fall," March 13, 2008, 9:25 am ET.

[46] Jesup & Lamont, "Akeena Solar Inc. Execution on track, ITC is not," March 13, 2008. The report is dated 3/13/08; on 3/14/08 at 8:54 am ET *Bloomberg* reported the analyst's report had been issued ("Q407 report by Brian C Yerger CFA alternative energy analyst at Jesup & Lamont").

[47] Global Hunter Securities LLC, "Morning Notes," March 4, 2008.

[48] Ardour Capital Investments LLC, "Akeena Solar Inc. Initiation of Coverage," January 29, 2008.

earnings disappointment for the fourth quarter and year 2007, and CFO Effren took a conservative position on the 2008 contribution of the Suntech licensing agreement.  The news was accompanied by a significant residual share price decline.  On February 19, 2008, Akeena's preliminary report of fourth quarter and year 2007 revenue approximated existing analysts' expectations, and accordingly there was no significant residual price change.  Upon initiating coverage of Akeena with a "Neutral" rating on March 3, 2008, Global Hunter LLC incorporated revenue and earnings projections consistent with Akeena's prior announcement February 19, and there was no statistically significant residual return on March 3.  Significant positive residual returns occurred both when Akeena issued positive new information about its credit line on December 26, 2007 and positive new information about its licensing agreement on January 2, 2008, as well as on January 3, 2008, the date of Jesup & Lamont's report opining that both events increased confidence in management's ability to reduce Akeena's investment risk.  Significant negative residual returns occurred on January 8 and 9, 2008; the first accompanied news of a large stock sale by Akeena's CEO, and the second was the date of a negative opinion on Akeena's inventory trends published by RiskMetrics.  The fact that material company-specific news affecting Akeena promptly caused a measurable price reaction for Akeena stock, after accounting for general market and industry effects, supports a conclusion that the market for the Company's stock was efficient during the Class Period.

### F.    Factor 6: Officer/Director Holdings vs. Shares Outstanding

33.    Courts have held that a large float percentage (percentage of shares held by the public) can be an indicator of market efficiency,[49] *i.e.*, that the float is sufficiently large that investors have securities available to trade on information.  I may not be able to identify all insider

---

[49] *Unger*, 401 F.3d 316 at 323, HN10; *Bell*, 422 F.3d 307 at 313, n10; *Krogman* 202 F.R.D. 467 at 478; *O'Neil* 165 F.R.D. 479 at 503.

holdings of Akeena shares during the Class Period, but I have considered the quantity of holdings by the Company's officers/directors. During the Class Period, there were approximately 27.89 million to 28.39 million shares outstanding.  The number of shares outstanding less officer/director holdings, was approximately 19.87 million to 20.78 million shares during the Class Period.  (See Exhibit 12.)  Thus, during the Class Period, shares held by others than officers/directors made up between 71.2% and 73.2% of the shares outstanding.  In 2006 approximately 3.7 million shares were registered in connection with the reverse merger.[50]  In the period 2006 – 2007, Akeena had completed substantial private placements of shares, and registered private placements prior to the Class Period. Just prior to the Class Period, on November 29, 2007, Akeena filed SEC Form S-3 covering 4.76 million shares plus 1.03 million shares issued or issuable for warrants, which had been issued in a private placement November 6, 2007.[51]  Early in the Class Period, on January 9, 2008, Akeena filed another Form S-3 covering 6.94 million shares plus 1.35 million shares issued or issuable for warrants; these shares also had been registered previously and had been issued in private placements in the last half of 2006, on March 8, 2007, and on June 4, 2007 .[52]   Akeena appears to have registered at least 15.4 million shares in 2006-2007.  That the majority of shares outstanding throughout the Class Period were registered, and a minority of shares outstanding held by officers/directors of the Company, supports a conclusion that the market for Akeena stock was efficient during the Class Period.

---

[50] Akeena Solar Form SB-2/A, filed February 24, 2006.

[51] Akeena Solar Form S-3, filed November 29, 2007;

[52] Akeena Solar Form S-3 filed January 9, 2008.

### G.     Factor 7: Exchange Listing

34.     A security's listing on a national exchange in the U.S. means that financial information about that company is readily available to investors, at a minimum, through the company's SEC filings.  Listing on such an exchange means that investors have access to trading prices and volumes throughout the trading day.  Rules of the national exchanges require that investors buy at the lowest ask price and sell at the highest bid price prevailing at the time of their trade.[53] Because a national exchange brings together many thousands (or millions) of investors, trading prices reflect a consensus opinion as to securities' values.

35.     In the Cammer decision, the Court stated:

> … some may concur with [Defendant's] suggestion … that companies listed on national stock exchanges or companies entitled to issue new securities using SEC Form S-3 would almost by definition involve stock trading in an "open and developed" market.[54]

36.     During the Class Period, Akeena Solar stock was listed and traded on the NASDAQ Capital Market.[55]   As noted above, the Company did file one Form S-3 with the SEC before the Class Period and another during the Class Period.

37.     The fact that Akeena Solar common stock traded on a national exchange during the Class Period supports a conclusion that the market for the stock was efficient during that period.

### H.     Factor 8: Institutional Holdings

38.     Institutional investors such as pension funds, mutual funds, and investment banks, typically have ready access to minute-to-minute financial news and to online bulletins from

---

[53] Market Structure and Trading Volume, Anderson & Dyl, p. 3 (March 2003), available at www.nyse.com

[54] *Cammer*, 711 F. Supp. at 1276–77 (D.N.J. 1989).

[55] The NASDAQ Stock Market is a national securities exchange, and includes the NASDAQ Global Select Market and NASDAQ Global Market (formerly the NASDAQ National Market), and the NASDAQ Capital Market (formerly the NASDAQ SmallCap Market).

analysts such as those disseminated through First Call.  They also expend resources in analyzing

the value of stocks in which they invest.  Thus, the fact of institutional ownership is a signal that

knowledgeable investors are closely and rapidly scrutinizing sources of company information

and forming investment opinions that affect share price accordingly.

39.     There were significant institutional holdings of Akeena stock throughout the Class

Period.  According to data provided by Thomson Reuters, institutional holdings of Akeena stock

ranged between approximately 3.2 million shares and 4.8 million shares at quarter-ends

December 31, 2007 (within the Class Period) and at March 31, 2008 (shortly after the end of the

Class Period).[56]  (See Exhibit 13.)  During the Class Period, institutional holdings of the

Company's stock ranged from 15% to 21% of the Company's [reported shares outstanding, less

officer/director holdings, plus short interest].  The number of institutional investors reported

holding Akeena Solar stock at quarter-ends September 30, 2007, December 31, 2007, and March

31, 2008, was 5, 22, and 40 respectively.

40.     During the Class Period, institutional investors actively traded Akeena shares, as

indicated by data from reporting institutions' filings of Form 13F with the SEC.  Changes in

institutional holdings of Akeena shares from quarter-end to quarter-end for quarters falling in

whole or in part within the Class Period, indicate institutions were actively trading Akeena stock.

(See Exhibit 14.)  Those institutional investors which increased their holdings of Akeena shares,

purchased 2.3 million Akeena shares during the fourth quarter of 2007, and purchased 2.9

million Akeena shares during the first quarter of 2008, which includes most of the Class Period.

---

[56] Data are for institutions which file Form 13F with the SEC, reporting shares held as of the end
of each calendar quarter.  These data are compiled by Thomson Reuters, which collects and
collates holdings of mutual funds and sums up the holdings of individual funds by individual
institutions.

Thus, a substantial number of shares changed hands among the institutional investors in the

Class Period.

41.     Many of the major financial institutions reporting the largest holdings in Akeena stock

are household names, international in scope, and clearly sophisticated investors, expending

significant resources on security research to benefit their clients and their own accounts—but this

research is for private benefit, not for public dissemination.  For example, institutions reporting

an increase in holdings of Akeena stock of 20,000 shares or more between December 31, 2007,

and March 31, 2008, include Citi Investment Research (US); Credit Suisse Securities (USA)

LLC;  J.P. Morgan Securities, Inc.; Morgan Stanley & Co., Inc.; Putnam Investment

Management, L.L.C.; and Vanguard Group, Inc.; among others (Exhibit 14).

42.     Institutional holdings of Akeena stock during the Class Period indicate that sophisticated

and knowledgeable investors were actively assimilating information about the Company and

trading on that information in the Class Period.  The presence and trading activity of institutional

investors in the market for Akeena stock during the Class Period support a conclusion that the

market for the stock was efficient during that period.

## I.     Factor 9: Dissemination of News

43.     Coverage of a company by wire services, financial press, and general media ensures that

investors have ready access to new information about a company's condition and prospects, and

facilitates rapid share price reaction to new information about the company.  There was frequent

news coverage of Akeena during the Class Period, including reports on Akeena's prospects for

growth, and revenues and earnings trends.

44.     During the Class Period, articles discussing Akeena appeared in major news sources,

including: Associated Press Newswires, Barron's, Bloomberg News, Business Wire, Dow Jones

News Service, M2 Presswire, Market News Publishing, MidnightTrader, PR Newswire (U.S.),

Reuters News, San Jose Mercury News, The Boston Globe, The Globe and Mail, The Oakland

Tribune, The San Francisco Chronicle, and The Wall Street Journal.  During the Class Period of

less than three months, more than 100 electronic and/or printed articles were published with

"Akeena Solar" appearing in the headline or lead paragraph of the article.[57]

45.     In addition, Akeena held regular conference calls with members of the investment

community in conjunction with its periodic financial reports.  During the Class Period, Akeena

held a conference call on March 13, 2008, to discuss the Company's results for the fourth quarter

and year 2007.  Management of Akeena Solar also made presentations at investor conferences

during the Class Period, with their appearances reported by the media.  These presentations

included the Needham Growth Stock conference on January 9, 2008,[58] the Piper Jaffray Clean

Tech Conference on February 20, 2008,[59] and Roth Capital Partners' 20th Annual OC Growth

Stock Conference on February 21, 2008.[60]  Akeena also maintained a website through which it

disseminated information to the public.

46.     The frequent news coverage of the Company within the Class Period supports a

conclusion that the market for Akeena stock was efficient.

---

[57] Source: Bloomberg News and Factiva, a Dow Jones and Reuters Company
(www.factiva.com).

[58] Knobias, "Akeena Solar Inc – AKNS: To Present At Needham Growth Stock Conference @
8:00 ET," January 9, 2008, 7:26 am.

[59] Knobias, "Akeena Solar Inc – AKNS: To Present At Piper Jaffray Clean Tech Conference @
10:30 ET," February 20, 2009.

[60] During the Class Period Akeena management continued to make public statements indicating
the revised credit agreement contributed to Akeena's liquidity, as for example at the Roth Capital
Partners' 20th Annual OC Growth Stock Conference, where Akeena's EVP of Sales and
Marketing stated: "We did raise $26.1 million in the pipe during Q4 and we also just got a $25
million line of credit from Comerica, our bank.  So we are very cash solid...". (*Voxant FD (FAIR
DISCLOSURE) WIRE*, "Akeena Solar at Roth Capital Partners 20th Annual OC Growth Stock
Conference – Final," February 21, 2008.)

### V.    Conclusion: Efficiency of the Market for Akeena Solar Stock

47.    In summary, the following indicia of market efficiency are bases for my opinion that the

market for Akeena stock was efficient throughout the Class Period:

- there was considerable trading volume in Akeena stock during the Class Period;

- securities analysts representing at least 4 firms both followed and reported on

  Akeena in the Class Period;

- trading in Akeena stock was facilitated by an average of 31 market makers on

  NASDAQ, a sophisticated and developed exchange;

- the presence of short interest in Akeena stock;

-  Akeena was eligible for filing and did file SEC Form S-3 prior to the Class Period, as

   well as during the Class Period;

- demonstrable relationships between company-specific news releases and prompt

  company-specific share price reactions;

- the fact that more than 71% of Akeena Solar's shares outstanding was held by

  others than officers/directors, representing approximately 19.8 million shares;

- the fact that Akeena traded on the NASDAQ Capital Market sector of the

  NASDAQ Stock Exchange during the Class Period;

- the institutional holdings and trading in Akeena stock during the Class Period; and

- the frequent news coverage of Akeena Solar available to investors in the Class

  Period.

48.    The fact of market efficiency does not preclude the information about Akeena Solar

disseminated to the market by Defendants from being false and misleading.  Rather, it means that

information disseminated by Defendants about the Company and its prospects, whether true or false, was reflected in Akeena's stock prices.

49.     This declaration accurately reflects my opinions at this time.   I declare under penalty of perjury that the foregoing is true and correct.  Counsel for Plaintiffs have informed me that discovery is ongoing.  My opinions are subject to refinement or revision based on analysis of information described above and/or of new information which may be provided to me, including the opinions of other experts, additional documents and data.

Executed on October 22, 2010, at Redwood City, California.


Beth Charlesworth

**Appendix: Regression Analysis**

1.      Regression analysis is a statistical tool commonly used by economists to estimate the relationships between two or more variables.  In this case, regression analysis is used to measure the relationship between Akeena Solar's daily stock returns[1] and (1) changes in market-wide factors that would be expected to impact all stocks and (2) changes in industry-wide factors that would be expected to impact stocks in a particular industry.  By measuring how Akeena stock returns move in relation to an overall market index and an industry index, and then excluding the quantified market and industry effects, financial economists can quantify the reaction of Akeena's stock price to company-specific information.

2.      In conjunction with the regression analysis, an event study was used to disentangle the effects of company-specific information from market and industry information—in other words, to determine whether news affecting Akeena promptly caused a measurable share price reaction after accounting for general market and industry effects.  An event study as applied to litigation has been described as follows.

> The execution of an event study is quite simple.  It involves the identification of an event that causes investors to change their expectations about the value of a firm.  The investigator compares a stock price movement contemporaneous with the event to the expected stock price movement if the event had not taken place. There are three basic steps in conducting an event study: (i) define the event window; (ii) calculate abnormal stock price performance around the event; and (iii) test for statistical significance of the abnormal stock price performance. …

> For those events that are subject to leakage, defining the beginning of the event window can be problematic. …  Ideally, the first day of the event window corresponding to a[n event] would be the date on which investors began trading on news about the upcoming [event], regardless of whether the news was based

---

[1] A stock's daily return is the change from the stock's closing price on one trading day to the closing price on the next trading day, expressed as a percentage.  A residual return is the change from one closing price to the next, net of market and industry effects, also expressed as a percentage.

on rumors, inside information, a Schedule 13D filing, or a public announcement [about the event].  In practice, this date is difficult to define and some degree of judgment is required generally based on price and volume movements prior to the [event] announcement.

… An often used convention is the five percent rule—[z-statistics] greater than or equal to 1.96 standard deviations from the mean value are considered significantly different from the typical value because there is only a five percent chance that a randomly selected value will be 1.96 or more standard deviations from the true mean. … The decision rule may be more stringent.  For example, … a one percent likelihood … if the z-statistic is greater than or equal to 2.58 …  A third commonly used decision rule is ten percent … a randomly selected value will lie 1.65 standard deviations or more from the mean value.  Generally, researchers use a decision rule based on one percent, five percent, or ten percent significance levels.[2]

3.      The period of time over which the regression equation is estimated is the control period.

It is important to select a control period that is representative of the company during the Class

Period.  It also is important to select a control period with as little impact as possible from the

fraud in determining the normalized relationship between a company's stock returns and the

returns on a market index and an industry index.[3]  Mitchell and Netter note that one "approach is

to compare the return to a series of returns over some prior period.  The comparison period

typically ranges from 100 to 300 trading days."[4]

4.      In selecting a control period, I looked for a period outside the Class Period, and a period

in which Akeena was a company comparable to the one it was during the Class Period, and

---

[2] Mitchell, Mark L. and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, 49, 545.

[3] *See*, *e.g.*, Cornell, Bradford and R. Gregory Morgan, "Using Finance Theory to Measure Damages in Fraud on the Market Cases," *UCLA Law Review*, 37 (June 1990) 883, p. 898: "When estimating [the regression equation], it is important to select a sample period during which the fraud does not affect the normal relationship between the security, the market, and the industry."

[4] Mitchell, Mark L. and Jeffry M. Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, 49, 545 at 561.

macroeconomic conditions were stable relative to the Class Period.  In considering a control period prior to the Class Period, I noted that Akeena stock began trading on NASDAQ only approximately three months before the beginning of the Class Period on December 26, 2007.  In considering a control period following the end of the Class Period on March 13, 2008, I noted that approximately 6 months after the Class Period, beginning on or after September 15, 2008 (date of Lehman Bros.' failure), macroeconomic conditions changed.  I selected a control period from March 17, 2008, through September 12, 2008 inclusive, during which trading in Akeena stock was established on NASDAQ and macroeconomic conditions were comparable to those during the Class Period.

5.      The regression equation from the control period explains the expected variation in Akeena stock returns based on changes in market and industry.  The explained variation is measured by the square of the correlation coefficient between Akeena's observed and predicted returns, or R-squared value.[5]  The regression equation appears in Exhibit 16.

6.      The market index is a market-capitalization-weighted composite of all stocks listed on the New York Stock Exchange ("NYSE"), American Stock Exchange ("Amex"), and Nasdaq (the NYSE/Amex/Nasdaq composite index, or "NAN").  This broad-based market index is commonly used by economists as a representation of the market and the index data are provided by CRSP.[6]

---

[5]  The r-squared value can be interpreted as the proportion of the variance in the dependent variable attributable to the variance in the independent variables and ranges from 0 to 1.0.  In this case, the dependent variable is Akeena stock returns; the independent variables are market index returns and industry index residual returns.  The r-squared value measures the percentage of the total variance in Akeena's stock return explained by the market and industry index returns.

[6]  CRSP is the Center for Research in Securities Prices at the Graduate School of Business, University of Chicago.

*Footnote continued on the next page...*

7.      Companies considered for the industry index include firms referred to in analysts' reports as competitors in the solar energy industry or comparables to Akeena Solar, and firms listed as competitors or peers in Akeena's SEC filings. A list of companies considered for, and those included in, the industry index appears in Exhibit 10.  Companies included in the industry index were required to be publicly traded with share prices available from the beginning of the Class Period through the end of the control period, and reported no securities class actions against them with class periods overlapping the Class Period and/or control period. Finally, during the control period, the residual returns of the remaining candidate firms had to be statistically significantly correlated with Akeena returns (otherwise, there is no statistically significant relationship between the returns of the two companies, *i.e.*, the competitor/comparable company returns do not add to the power of the regression to explain Akeena returns).  The daily stock price returns for each remaining candidate for the industry index was regressed on the market index returns during the control period.  The residual returns[7] from each of these regression equations were

---

CRSP is renowned for its expertise in building and maintaining unequaled, historical, academic research quality stock market databases. The CRSP® US Stock Database provides a unique research source characterized by its unmatched breadth, depth, and completeness. It includes CRSP's unique permanent identifiers allowing for clean and accurate backtesting, time-series and event studies, measurement of performance, accurate benchmarking, and securities analysis.

The CRSP US Stock Database contains end-of-day and month-end prices on all listed NYSE, Amex, and NASDAQ common stocks along with basic market indices, and includes the **most comprehensive distribution information available, with the most accurate total return calculations**.  (Emphasis in original.) http://www.crsp.com/products/pdfs/stock.htm.

Typical users include members of the academic, commercial and government communities, including quantitative analysts, equity derivatives traders, researchers and marketers, portfolio managers and research analysts, merger and acquisition groups and management consultants, attorneys, hedge fund and mutual fund managers, and securities exchanges. http://www.crsp.com/crsp/faq.htm
[7] The residual return is the difference between the actual return on each day and the day's expected return calculated from a regression equation and is a measure of the portion of each daily return not explained by changes in the market index.

calculated.  Akeena stock's daily returns then were regressed as a dependent variable against the residual returns from each of these regressions as the independent variable, to determine whether they were significantly correlated (*i.e.*, to determine whether, after excluding market effects, each company's daily residual returns helped to explain the daily returns on Akeena stock). Those companies whose daily residual returns are significantly and positively correlated with Akeena stock's daily returns are included in the index.[8]

8.      An individual company's weight in the industry index is based on its market capitalization.  The industry index was regressed on the market index and the residual returns of the industry index are used in the final regression analysis.  Thus, the potential impact of multicollinearity between the market and industry is eliminated by this orthogonalization of the industry index on the market index.

9.      Finally, daily Akeena stock returns were regressed on daily market index returns and daily residual industry index returns for the control period.  Akeena stock's daily returns are statistically significantly correlated with the daily returns of both the market and industry indices, as indicated by the t-statistics for each index in Exhibit 16.  The result of this regression is the regression equation that is used to estimate expected Akeena stock returns in the Class Period. The regression equation and the results of the regression analysis appear in Exhibits 11 and 16.

10.     Expected stock returns are those changes in Akeena stock prices due to market and industry factors, *i.e.*, stock prices can and do change when new information or valuation

---

[8] Statistical significance is measured by the t-statistic of the of the regression coefficient of the residual returns of the competitor or comparable company in the regression equation.  Given that there are 126 observation dates in the control period, if the t-statistic is greater than or equal to plus or minus 1.98, there is a 95% probability that the regression coefficient is not equal to zero, *i.e.*, it is not a spurious result, and that Akeena stock returns are correlated with the residual returns of the competitor or comparable company.  The 95% level of confidence is a measure frequently employed by economists to determine statistical significance.

assessments can potentially change the values of all stocks in an economy (market effects) or in a particular industry (industry effects). On each day of the Class Period, the expected returns for Akeena stock are calculated from the regression equation. The formula demonstrating how expected returns are calculated and the expected (predicted) returns are shown on Exhibit 10A. The formal equations and their textual descriptions in brackets are as follows:

$$R_{\text{Akeena}} = \alpha + \beta_{\text{Market}} r_{\text{Market}} + \beta_{\text{Industry}} r_{\text{Industry}} + \varepsilon_{\text{Akeena}} \tag{1}$$

[Akeena actual return = constant
+ (market beta coefficient)*(market return)
+ (industry residual beta coefficient)*(industry residual return)
+ Akeena company-specific term]

$$E[r_{\text{Akeena}}] = \alpha + \beta_{\text{Market}} r_{\text{Market}} + \beta_{\text{Industry}} r_{\text{Industry}} \tag{2}$$

[Akeena expected return = constant
+ (market beta coefficient * market return)
+ (industry residual beta coefficient * industry residual return)]

$$R_{\text{Akeena}} - E[r_{\text{Akeena}}] = \varepsilon_{\text{Akeena}} = \text{company-specific return} \tag{3}$$

[Akeena actual return - Akeena expected return = Akeena company-specific return]

11.     A problem encountered at times in regression analysis is the presence of multicollinearity, which occurs when the independent variables of a regression are linearly correlated. While multicollinearity does not affect the predictive power of the estimated regression model, it can severely inhibit a researcher's ability to determine whether the correlated variables are truly predictive of the dependent variable. The potential impact of multicollinearity in my regression model is removed *via* orthogonalization of the industry index with respect to the market index. To clarify that I am not using raw industry returns in my regression analysis, the residuals from the first stage regression are labeled "industry residuals"

rather than "industry" or "industry returns" in Exhibits.  As the market returns are uncorrelated with the industry residuals used in the second stage regression, multicollinearity is not present in my regression analysis by construction.

12.     On each day of the Class Period the residual return for Akeena stock is a measure of the change in the stock price due to company-specific events.[9]   Exhibit 11 displays Akeena stock's daily residual returns during the Class Period and indicates which of these residual returns are statistically significant at the 95% level.

---

[9] The measure of significance is the t-statistic and is equal to: (actual return − expected return) / standard error.  The standard error of the prediction measures the relative volatility of Akeena stock returns compared to the predicted returns on Akeena stock.  The larger the standard error, the greater the residual return must be in order to be considered statistically different from its predicted return.  Considering that there are 126 observations in the control period, if the t-statistic is greater than or equal to 1.98 or less than or equal to -1.98, the difference between the two returns is significantly different from zero at the 95% level of confidence, *i.e.*, there is a 95% probability that the difference between the actual return and expected return is not equal to zero.