1  STEVEN M. SCHATZ, State Bar No. 118356
   sschatz@wsgr.com
2  DOUGLAS J. CLARK, State Bar No. 171499
   dclark@wsgr.com
3  JONI O. OSTLER, State Bar No. 230009
   jostler@wsgr.com
4  DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
   dalepin@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   Attorneys for Defendants
9  Akeena Solar, Inc., Barry Cinnamon,
   and Gary Effren

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON HODGES, *et al.*, | CASE NO.: C-09-02147 JW-PVT |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| v. | |
| AKEENA SOLAR, INC., | |
| Defendants. | Hearing Date: February 7, 2010<br>Time: 9:00 a.m. |

1    **WHEREAS**, pursuant to stipulation executed by the parties and submitted to the Court
2    on June 24, 2010 and by Order entered by the Court on June 29, 2010, the parties agreed that
3    Lead Plaintiffs' Motion for Class Certification would be due on October 15, 2010, Defendants'
4    response to Lead Plaintiffs' Motion for Class Certification would be due November 29, 2010,
5    and Lead Plaintiffs' reply in support of their Motion for Class Certification would be due
6    January 10, 2011;

7    **WHEREAS**, pursuant to stipulation executed by the parties and submitted to the Court
8    on October 12, 2010 and by Order entered by the Court on October 14, 2010, the parties agreed
9    that Lead Plaintiffs' Motion for Class Certification would be due on October 22, 2010,
10   Defendants' response to Lead Plaintiffs' Motion for Class Certification would be due on
11   December 8, 2011 and Lead Plaintiffs' reply in support of their Motion for Class Certification
12   would be due on January 13, 2011;

13   **WHEREAS**, Defendants have requested and counsel for Lead Plaintiffs has agreed to a
14   short five-day extension of time for Defendants to file their response to Lead Plaintiffs' Motion
15   for Class Certification;

16   **WHEREAS**, the requested extension will not alter or delay the date set by the Court in
17   its June 29, 2010 Order for the hearing on Lead Plaintiffs' Motion for Class Certification, which
18   the Court previously set for February 7, 2011;

19   **NOW, THEREFORE**, the parties, by and through their undersigned counsel of record,
20   in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders, as
21   follows:

22   1. Defendants shall file their response to Lead Plaintiffs' Motion for Class Certification
23      on or before December 13, 2010;
24   2. Lead Plaintiffs shall file their reply in support of Lead Plaintiffs' Motion for Class
25      Certification on or before January 13, 2011; and
26   3. The Court will hear oral argument on Lead Plaintiffs' Motion for Class Certification
27      on February 7, 2011 at 9:00 a.m.
28

| | | |
|---|---|---|
| 1 | Dated: November 12, 2010 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | Steven M. Schatz<br>Douglas J. Clark<br>Joni O. Ostler |
| 4 | | Dominique-Chantale Alepin<br>650 Page Mill Road |
| 5 | | Palo Alto, CA 9304<br>Telephone: (650) 493-9300 |
| 6 | | Facsimile: (650) 493-6811 |
| 7 | | |
| 8 | | By: /s Steven M. Schatz<br>        STEVEN M. SCHATZ |
| 9 | | |
| 10 | | Attorneys for Defendants<br>Akeena Solar, Inc., Barry Cinnamon and Gary Effren |
| 11 | Dated: November 12, 2010 | SCOTT + SCOTT LLP |
| 12 | | |
| 13 | | Arthur J. Shingler<br>Mary K. Blasy |
| 14 | | Walter W. Noss<br>David H. Goldberger |
| 15 | | 707 Broadway, Suite 1000<br>San Diego, CA 92101 |
| 16 | | Telephone: (619) 233-4565<br>Facsimile: (619) 233-0508 |
| 17 | | |
| 18 | | By: /s Mary K. Blasy<br>        MARY K. BLASY |
| 19 | | |
| 20 | | Attorneys for Lead Plaintiffs |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 17, 2010

/s/ James Ware
United States District Judge

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Steven M. Schatz, attest that concurrence in the filing of this document has been obtained from signatory Mary K. Blasy. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of November, 2010 at Palo Alto, California.

Dated: November 12, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Steven M. Schatz
Douglas J. Clark
Joni O. Ostler
Dominique-Chantale Alepin
650 Page Mill Road
Palo Alto, CA 9304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811


By: /s Steven M. Schatz
        STEVEN M. SCHATZ

Attorneys for Defendants
Akeena Solar, Inc., Barry Cinnamon and Gary Effren