STEVEN M. SCHATZ, State Bar No. 118356
sschatz@wsgr.com
DOUGLAS J. CLARK, State Bar No. 171499
dclark@wsgr.com
JONI OSTLER, State Bar No. 230009
jostler@wsgr.com
DOMINIQUE-CHANTALE ALEPIN, State Bar No. 241648
dalepin@wsgr.com
L. DAVID NEFOUSE, State Bar No. 243417
dnefouse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Akeena Solar, Inc., Barry Cinnamon,
and Gary Effren

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AKEENA SOLAR, INC., BARRY CINNAMON, and GARY EFFREN<br><br>　　　　　Defendants. | CASE NO.: C-09-02147 JW-PVT<br><br>STIPULATION AND [PROPOSED] ORDER EXPANDING PAGE LIMITS FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND PLAINTIFFS' REPLY IN SUPPORT THEREOF |

STIP AND [PROPOSED] ORDER EXPANDING PAGE
LIMIT FOR DEFS.' OPP. AND PLFS' REPLY RE
MOT. FOR CLASS CERTIFICATION
CASE NO. C-09-02147-JW


1. **WHEREAS**, Defendants' response to Lead Plaintiffs' Motion for Class Certification is due on or before December 13, 2010, and Lead Plaintiffs' reply in support of Lead Plaintiffs' Motion for Class Certification is due on or before January 13, 2011;

**WHEREAS**, Defendants believe that the page limits provided by Civil L.R. 7-3(a) will be insufficient to address critical issues raised by Lead Plaintiffs' Motion for Class Certification;

**WHEREAS**, Defendants requested, and counsel for Lead Plaintiffs agreed, that Defendants may have up to five (5) extra pages, allowing them to file an opposition brief up to thirty (30) pages in length;

**WHEREAS**, Defendants agreed that Lead Plaintiffs may also have up to five (5) extra pages for their reply brief, so that their reply brief may be up to twenty (20) pages in length;

**NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, hereby agree and stipulate, and request the Court to order, that Defendants' opposition to Lead Plaintiffs' Motion for Class Certification may be up to thirty (30) pages in length, and Lead Plaintiffs' Reply in support of their Motion for Class Certification may be up to twenty (20) pages in length (in each case, exclusive of caption page, the table of contents, the table of authorities, declarations and exhibits).

SO STIPULATED.

Dated:  December 10, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Steven M. Schatz
Douglas J. Clark
Joni Ostler
Dominique-Chantale Alepin
650 Page Mill Road
Palo Alto, CA 9304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811


By:  s/ Joni Ostler
     Joni Ostler

Attorneys for Defendants
Akeena Solar, Inc., Barry Cinnamon and
Gary Effren

| | | |
|---|---|---|
| 1 | Dated: December 10, 2010 | SCOTT + SCOTT LLP |
| 2 | | Arthur J. Shingler |
| 3 | | Mary K. Blasy<br>Walter W. Noss |
| 4 | | David H. Goldberger<br>707 Broadway, Suite 1000 |
| 5 | | San Diego, CA 92101<br>Telephone: (619) 233-4565 |
| 6 | | Facsimile: (619) 233-0508 |
| 7 | | By: s/ Walter W. Noss |
| 8 | | Walter W. Noss |
| 9 | | Attorneys for Lead Plaintiffs |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 13, 2010

*/s/ James Ware/*

THE HONORABLE JAMES WARE
United States District Judge

STIP AND [PROPOSED] ORDER EXPANDING PAGE
LIMIT FOR DEFS.' OPP. AND PLFS' REPLY RE
MOT. FOR CLASS CERTIFICATION
CASE NO. C-09-02147-JW

**ECF CERTIFICATION**

I, Joni Ostler, attest that concurrence in the filing of this document has been obtained from signatory Walter W. Noss. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of December, 2010 at Palo Alto, California.

Dated: December 10, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: s Joni Ostler
      Joni Ostler

Attorneys for Defendants
Akeena Solar, Inc., Barry Cinnamon and
Gary Effren

STIP AND [PROPOSED] ORDER EXPANDING PAGE
LIMIT FOR DEFS.' OPP. AND PLFS' REPLY RE
MOT. FOR CLASS CERTIFICATION
CASE NO. C-09-02147-JW