1  SCOTT+SCOTT LLP
   ARTHUR L. SHINGLER III (181719)
2  WALTER W. NOSS (*pro hac vice*)
   MARY K. BLASY (211262)
3  DAVID H. GOLDBERGER (225869)
   HAL D. CUNNINGHAM (243048)
4  707 Broadway, Tenth Floor
   San Diego, CA  92101
5  Telephone:  619-233-4565
   Facsimile: 619-233-0508
6  ashingler@scott-scott.com
   mblasy@scott-scott.com
7  wnoss@scott-scott.com
     – and –
8  DAVID R. SCOTT
   P.O. Box 192
9  156 South Main Street
   Colchester, CT  06415
10 Telephone:  860-537-3818
   Facsimile: 860-537-4432
11 drscott@scott-scott.com

12 *Lead Counsel for Lead Plaintiffs*

13                UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
15

16 SHARON HODGES, On Behalf of Herself and       No.  C-09-02147 JW-PVT
   All Others Similarly Situated,
17                                               STIPULATION AND [PROPOSED]
                              Plaintiff,          ORDER RE: BRIEFING SCHEDULE
18                                               ON MOTION FOR CLASS
          vs.                                    CERTIFICATION
19
   AKEENA SOLAR, INC., BARRY CINNAMON            Hon. James Ware
20 and GARY EFFREN,
                              Defendants.
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION FOR CLASS
CERTIFICATION
CASE NO.  09-cv-02147-JW-RS

1   **WHEREAS,** pursuant to stipulation executed by the parties and submitted to the Court on

2   June 24, 2010 and by Order entered by the Court on June 29, 2010, the parties agreed that Lead

3   Plaintiffs' Motion for Class Certification would be due on October 15, 2010, Defendants' response

4   to Lead Plaintiffs' Motion for Class Certification would be due November 29, 2010, and Lead

5   Plaintiffs' reply in support of their Motion for Class Certification would be due January 10, 2011;

6   **WHEREAS,** pursuant to stipulation executed by the parties and submitted to the Court on

7   October 12, 2010 and by Order entered by the Court on October 14, 2010, the parties agreed that

8   Lead Plaintiffs' Motion for Class Certification would be due on October 22, 2010, Defendants'

9   response to Lead Plaintiffs' Motion for Class Certification would be due on December 8, 2010 and

10  Lead Plaintiffs' reply in support of their Motion for Class Certification would be due on January 13,

11  2011;

12  **WHEREAS,** pursuant to stipulation executed by the parties and submitted to the Court on

13  November 12, 2010 and by Order entered by the Court on November 19, 2010, the parties agreed

14  that Defendants' response to Lead Plaintiffs' Motion for Class Certification would be due on

15  December 13, 2010 and Lead Plaintiffs' reply in support of their Motion for Class Certification

16  would be due on January 13, 2011;

17  **WHEREAS**, Lead Plaintiffs have requested, and counsel for Defendants has agreed, to a

18  short six-day extension of time for Lead Plaintiffs to file their reply in support of their Motion for

19  Class Certification;

20  **WHEREAS**, the requested extension will not alter or delay the date set by the Court in

21  its June 29, 2010 Order for the hearing on Lead Plaintiffs' Motion for Class Certification, which

22  the Court previously set for February 7, 2011;

23  **NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, in

24  the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders, as

25  follows:

26  1.      Lead Plaintiffs shall file their reply in support of Lead Plaintiffs' Motion for Class

27  Certification on or before January 19, 2011; and

28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION FOR CLASS
CERTIFICATION                                                                                      1

CASE NO.  C-09-02147 JW-RS

1      2.      The Court will hear oral argument on Lead Plaintiffs' Motion for Class Certification

2  on February 7, 2011 at 9:00 a.m.

3  DATED: January 7, 2011          Respectfully submitted,

4

5                             SCOTT+SCOTT LLP
                             Arthur L. Shingler III
                             Mary K. Blasy

6                             Walter Noss
                             Hal D. Cunningham

7                             David H. Goldberger
                             707 Broadway, Tenth Floor

8                             San Diego, CA 92101
                             Telephone: 619-233-4565

9                             Facsimile: 619-233-0508

10

11                             By:  /s/ Mary K. Blasy           
                                   Mary K. Blasy

12                             *Lead Counsel for Lead Plaintiffs*

13  DATED: January 7, 2011          Respectfully submitted,

14

15                             WILSON SONSINI GOODRICH & ROSATI
                             PROFESSIONAL CORPORATION

16                             Steven M. Schatz
                             Douglas J. Clark

17                             Joni L. Ostler
                             Dominique-Chantale Alepin

18                             650 Page Mill Road
                             Palo Alto, CA 94304

19                             Telephone: (650) 493-9300
                             Facsimile: (650) 493-6811

20

21                             By:  /s/Dominique-Chantale Alepin
                                 Dominique-Chantale Alepin

22                             *Attorneys for Defendants Akeena Solar, Inc., Barry*

23                             *Cinnamon and Gary Effren*

24                                   **ORDER**

25          PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated:  January 11, 2011

27                             HON. JAMES WARE
                             United States District Chief Judge

28  STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION FOR CLASS      2
  CERTIFICATION

  CASE NO.  C-09-02147 JW-RS

1

## ATTESTATION PURSUANT TO GENERAL ORDER 45

2     I, Mary K. Blasy, attest that concurrence in the filing of this document has been

3   obtained from signatory Dominique-Chantale Alepin.  I declare under penalty of perjury under

4   the laws of the United States of America that the foregoing is true and correct.  Executed this

5   7th day of January, 2011 at San Diego, California.

6   DATED: January 7, 2011                    SCOTT+SCOTT LLP

7

8                                              By: /s/ Mary K. Blasy
                                                     Mary K. Blasy
                                                     Arthur L. Shingler III
9                                                    Hal D. Cunningham
                                                     David H. Goldberger
10                                                   707 Broadway, Tenth Floor
                                                     San Diego, CA 92101
11                                                   Telephone: 619-233-4565
                                                     Facsimile: 619-233-0508
12
                                               *Lead Counsel for Lead Plaintiffs*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE ON MOTION FOR CLASS
CERTIFICATION                                                                              3

CASE NO.  C-09-02147 JW-RS