*IT IS SO ORDERED*
*Judge James Ware*

SCOTT+SCOTT LLP
MARY K. BLASY (211262)
WALTER W. NOSS (*pro hac vice*)
DAVID H. GOLDBERGER (225869)
HAL D. CUNNINGHAM (243048)
707 Broadway, Tenth Floor
San Diego, CA  92101
Telephone:  619-233-4565
Facsimile: 619-233-0508
mblasy@scott-scott.com
wnoss@scott-scott.com
   – and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT  06415
Telephone:  860-537-3818
Facsimile: 860-537-4432
drscott@scott-scott.com

*Lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AKEENA SOLAR, INC., BARRY CINNAMON and GARY EFFREN,<br>                    Defendants. | No.  C-09-02147 JW-PSG<br><br>STIPULATION AND [PROPOSED] ORDER RE: NOTICE TO CLASS<br><br>Hon. James Ware |

1  **WHEREAS,** on March 10, 2011, the Court certified this as a class action covering all who purchased or otherwise acquired the common stock of Akeena Solar, Inc. between December 26, 2007 and March 13, 2008, ordering that "[o]n or before March 21, 2011, the parties shall file a proposed form of class notice and a joint proposal for dissemination of notice." (ECF No. 121 at 18.);

**WHEREAS,** on April 4, 2011, the Court approved plaintiffs' unopposed form of class notice, yet found "good cause to postpone dissemination of the class notice for thirty days, to allow the parties to engage in good faith mediation efforts and to provide Defendants sufficient time to seek a stay of proceedings pending its appeal of this Court's Order granting class certification," ordering that "dissemination of the class notice … be stayed for thirty days until May 4, 2011." (ECF No. 126 at 2);

**WHEREAS,** Defendants timely filed their application for discretionary appeal of the class certification order on March 24, 2011 and that application is fully briefed and remains pending (ECF No. 125);

**NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders that the dissemination of the class notice be stayed for an additional seventy-five days, until July 18, 2011,

STIPULATION AND [PROPOSED] ORDER RE: NOTICE TO CLASS

CASE NO.  C-09-02147 JW-PSG

both to allow for resolution of Defendants' application for discretionary appeal and to afford the parties time to engage in settlement discussions.

DATED: May 3, 2011

Respectfully submitted,

SCOTT+SCOTT LLP
Mary K. Blasy
Walter Noss
Hal D. Cunningham
David H. Goldberger
707 Broadway, Tenth Floor
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508

By: /s/ Mary K. Blasy
      Mary K. Blasy

*Lead Counsel for Lead Plaintiffs*

DATED: May 3, 2011

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
Steven M. Schatz
Douglas J. Clark
Joni L. Ostler
Dominique-Chantale Alepin
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

By: /s/Dominique-Chantale Alepin
      Dominique-Chantale Alepin

*Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 4, 2011

HON. JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: NOTICE TO CLASS

CASE NO. C-09-02147 JW-PSG

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mary K. Blasy, attest that concurrence in the filing of this document has been obtained from signatory Dominique-Chantale Alepin. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 3rd day of May, 2011 at San Diego, California.

SCOTT+SCOTT LLP

By: /s/ Mary K. Blasy
Mary K. Blasy