UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON HODGES, | Case No.: 09-CV-2147-JW (PSG) |
| Plaintiff, | ORDER DEFERRING MOTION TO QUASH |
| v. | |
| AKEENA SOLAR, ET AL., | (Re: Docket No. 65) |
| Defendants. | |

In response to the Order To Show Cause, issued on April 22, 2011, Defendants informed the court that the parties have agreed to a standstill concerning discovery and requested the court defer ruling on the pending Motion To Quash until the parties have completed their mediation.

**IT IS HEREBY ORDERED** that the motion is DEFERRED.  Defendants shall notify the court after mediation is completed if a decision on the pending Motion To Quash is still required.

Dated: May 6, 2011

PAUL S. GREWAL
United States Magistrate Judge

Case No.: 09-2147
ORDER