IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sharon Hodges, et al. | NO. C 09-02147 JW |
|       Plaintiffs, | **ORDER CONTINUING PRETRIAL CONFERENCE** |
|   v. | |
| Akeena Solar, Inc., et al., | |
|       Defendants. | |

This case is scheduled for a Pretrial Conference on June 27, 2011. On April 4, 2011, the Court approved Plaintiffs' proposed form of class notice in this case, but stayed dissemination of class notice until May 4, 2011, to allow the parties to engage in good faith mediation efforts and to provide Defendants sufficient time to seek a stay of proceedings pending their appeal of this Court's Order granting class certification. (See Docket Item No. 126 at 2.) On May 4, 2011, the Court approved the parties' Stipulation and Order Re: Notice to Class, staying dissemination of class notice for an additional seventy-five days, until July 18, 2011, to allow further time for resolution of Defendants' appeal and to afford the parties time to engage in settlement discussions. (See Docket Item No. 130 at 1-2.)

1  Because the case is currently stayed until July 18, 2011, as discussed previously, the Court
2 finds good cause to CONTINUE the Pretrial Conference to **September 12, 2011 at 10 a.m.**  On or
3 before **September 2, 2011**, the parties shall file a Joint Preliminary Pretrial Conference Statement
4 updating the Court on the status of the settlement discussions and Defendants' appeal, and provide a
5 good faith proposed schedule on how this case should proceed.

8 Dated:  June 21, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin Matthew Crosson bcrosson@wsgr.com
David R. Scott drscott@scott-scott.com
Dominique Chantale Alepin dalepin@wsgr.com
Douglas John Clark dclark@wsgr.com
Hal Davis Cunningham hcunningham@scott-scott.com
Jessica L. Snorgrass jsnorgrass@wsgr.com
Joni L. Ostler jostler@wsgr.com
Kelley Moohr Kinney kkinney@wsgr.com
Louis David Nefouse dnefouse@wsgr.com
Mary K. Blasy mblasy@scott-scott.com
Steven Mark Schatz sschatz@wsgr.com
Walter W. Noss wnoss@scott-scott.com

**Dated:  June 21, 2011**                    **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California