SCOTT+SCOTT LLP
MARY K. BLASY (211262)
WALTER W. NOSS (*pro hac vice*)
707 Broadway, Tenth Floor
San Diego, CA  92101
Telephone:  619-233-4565
Facsimile: 619-233-0508
mblasy@scott-scott.com
wnoss@scott-scott.com
 – and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT  06415
Telephone:  860-537-3818
Facsimile: 860-537-4432
drscott@scott-scott.com

*Lead Counsel for Lead Plaintiffs*

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>AKEENA SOLAR, INC., BARRY CINNAMON and GARY EFFREN,<br>           Defendants. | No.  C-09-02147 JW-PSG<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER RE: NOTICE TO CLASS AND SCHEDULING<br><br>Hon. James Ware |

1  **WHEREAS,** this matter is filed as a class action asserting claims under the federal securities
2  laws (ECF Nos. 1 and 20);

3  **WHEREAS**, on June 29, 2010, the Court issued an Order establishing various pretrial
4  deadlines and setting a June 27, 2011 Preliminary Pretrial Conference (ECF No. 62);

5  **WHEREAS**, on March 10, 2011, the Court certified this as a class action covering all
6  persons who purchased or otherwise acquired the common stock of Akeena Solar, Inc. between
7  December 26, 2007 and March 13, 2008, ordering that "[o]n or before March 21, 2011, the parties
8  shall file a proposed form of class notice and a joint proposal for dissemination of notice." (ECF No.
9  121 at 18.);

10  **WHEREAS,** on April 4, 2011, the Court approved plaintiffs' unopposed form of class
11  notice, yet found "good cause to postpone dissemination of the class notice for thirty days, to allow
12  the parties to engage in good faith mediation efforts and to provide Defendants sufficient time to
13  seek a stay of proceedings pending its appeal of this Court's Order granting class certification,"
14  ordering that "dissemination of the class notice … be stayed for thirty days until May 4, 2011." (ECF
15  No. 126 at 2);

16  **WHEREAS**, on May 4, 2011, the Court issued an Order again deferring the deadline for
17  dissemination of the class notice until July 18, 2011, both to allow for resolution of Defendants'
18  application for discretionary appeal of its class certification ruling and to afford the parties time to
19  engage in settlement discussions (ECF No. 130);

20  **WHEREAS,** on June 21, 2011, the Court issued an Order continuing its Preliminary Pretrial
21  Conference to September 12, 2011, 10:00 a.m. and setting a deadline of September 2, 2011 for the
22  parties to file their "Joint Preliminary Pretrial Conference Statement updating the Court on the status
23  of the settlement discussions and Defendants' appeal, and provide a good faith proposed schedule on
24  how this case should proceed." (ECF No. 132);

25  **WHEREAS**, on June 29, 2011, the Ninth Circuit Court of Appeal denied Defendants'
26  application for discretionary appeal of class certification;

27
28  STIPULATION AND [PROPOSED] ORDER RE: NOTICE TO CLASS AND SCHEDULING        1

CASE NO. C-09-02147 JW-PSG

1    **WHEREAS**, on July 1, 2011, Defendants Akeena Solar, Inc. (n/k/a Westinghouse Solar, Inc.), Barry Cinnamon, and Gary Effren retained the firm of Morrison & Foerster LLP to represent them in this matter in the place and stead of the firm of Wilson Sonsini Goodrich & Rosati, LLP;

4    **WHEREAS,** the parties have reached a agreement in principal to settle this action; and

5    **WHEREAS,** in light of the settlement agreement, the parties do not believe that further pretrial proceedings are necessary and believe that class notice should be provided with the notice of settlement;

8    **NOW, THEREFORE**, the parties, by and through their undersigned counsel of record, in the interests of judicial economy, hereby agree and stipulate, and the Court hereby orders that:

10    1)    Dissemination of class notice is stayed for an additional seventy-five days, until October 21, 2011, or as otherwise ordered by the Court.

12    2)    The Court's September 12, 2011, 10:00 a.m., Preliminary Pretrial Conference is hereby vacated and no Joint Preliminary Pretrial Conference Statement need be filed by the parties.

14    3)    The Court sets September 12, 2011, at 9:00 a.m., as a hearing on Preliminary Approval of Class Settlement. The parties shall file their Joint Motion for Preliminary Approval of Class Settlement in accordance with the Civil Local Rules of Court.

DATED: July 12, 2011            Respectfully submitted,

SCOTT+SCOTT LLP
Mary K. Blasy
Walter Noss
707 Broadway, Tenth Floor
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
mblasy@scott-scott.com
wnoss@scott-scott.com
    – and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT  06415
Telephone:  860-537-3818
Facsimile: 860-537-4432
drscott@scott-scott.com

STIPULATION AND [PROPOSED] ORDER RE: NOTICE TO CLASS AND SCHEDULING        2

CASE NO.  C-09-02147 JW-PSG

|   |   |
|---|---|
| 1 | By: /s/ Mary K. Blasy |
| 2 | Mary K. Blasy |
|   | *Class Counsel for Plaintiffs* |

DATED: July 12, 2011        MORRISON FOERSTER LLP
Jordan Eth
Judson E. Lobdell
425 Market Street
San Francisco, CA 94105-2482
Telephone: 619-268-7000
Facsimile: 415-268-7522

By: /s/Judson E. Lobdell
Judson E. Lobdell

*Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 13, 2011

_____
HON. JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: NOTICE TO CLASS AND SCHEDULING   3

CASE NO.  C-09-02147 JW-PSG

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mary K. Blasy, attest that concurrence in the filing of this document has been obtained from signatory July 12, 2011.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 12th day of July, 2011 at San Diego, California.

SCOTT+SCOTT LLP

By: /s/ Mary K. Blasy
 Mary K. Blasy
707 Broadway, Tenth Floor
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
mblasy@scott-scott.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 12, 2011.

   /s/ Mary K. Blasy
MARY K. BLAY
SCOTT+SCOTT LLP
707 Broadway, 10th Floor
San Diego, CA 92101
Telephone: 619-233-4565
Fax: 619-233-0508
E-mail: mblasy@scott-scott.com

CERTIFICATE OF SERVICE    1

No. C-09-02147 JW