

**FILED**

JUL 14 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHARON HODGES,<br><br>            Plaintiff,<br>v.<br><br>AKEENA SOLAR, ET AL.,<br><br>            Defendants. | Case No.: C 09-2147 JW (PSG)<br><br>**ORDER DENYING MOTION TO QUASH OR MODIFY SUBPOENAS TO NONPARTIES AND FOR A PROTECTIVE ORDER**<br><br>**(Re: Docket No. 65)** |

The parties have represented that they have reached a settlement in principle, and the court has modified the case schedule accordingly.[1] As the court must maintain its docket,

IT IS HEREBY ORDERED that the portion of the pending Motion To Quash or Motion To Modify Subpoenas and Motion for a Protective Order that was deferred is denied without prejudice to its being renewed in the event that settlement is unsuccessful.[2]

Dated: 7/14/2011

PAUL S. GREWAL
United States Magistrate Judge

---

[1] See 7/13/11 Stipulation and Order (Docket No. 137).

[2] See 9/17/10 Order Denying-In-Part and Deferring-In-Part Defendants' Motion To Quash or Modify Subpoenas and for a Protective Order (Docket No. 78); 5/6/11 Order Deferring Motion To Quash (Docket No. 131).

Case No.: 09-2147
ORDER