IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Hodges | | NO. C 09-2147 JW |
| | Plaintiff | |
| -v- | | **ORDER RE. DISCOVERY REFERRAL** |
| Akeena Solar, Inc., et al | | |
| | Defendant / | |

Due to the Court's relocation to the San Francisco Division, the Court's practice of automatically referring discovery matters to the Magistrate Judges of the San Jose Division is hereby DISCONTINUED.

Accordingly, the Court orders as follows:

(1) In cases assigned to Judge Ware, all discovery motions noticed before Judge Lloyd or Judge Grewal are hereby TRANSFERRED to Judge Ware. The parties shall renotice their motions before Judge Ware in accordance with the Civil Local Rules of Court.

(2) Any motions in which briefing is complete are hereby taken under submission.[1] On or before **July 29, 2011**, the parties shall file a Joint Statement apprising the Court of the pending motion and providing a brief review of the parties' positions.

---

[1] This Order does not apply to any motions which have been heard or taken under submission by either Judge Lloyd or Judge Grewal.

(3) If any party believes that its motion is urgent and that it may be prejudiced by the transfer, that party shall meet and confer and file a Joint Statement on or before **July 29, 2011** detailing the nature of the motion and the need for expedited disposition.

Dated: July 15, 2011

JAMES WARE
United States District Chief Judge