*IT IS SO ORDERED*
/s/ James Ware
Judge James Ware

1  SCOTT+SCOTT LLP
   MARY K. BLASY (211262)
2  WALTER W. NOSS (*pro hac vice*)
   707 Broadway, Tenth Floor
3  San Diego, CA  92101
   Telephone:  619-233-4565
4  Facsimile: 619-233-0508
   mblasy@scott-scott.com
5  wnoss@scott-scott.com
     – and –
6  DAVID R. SCOTT
   P.O. Box 192
7  156 South Main Street
   Colchester, CT  06415
8  Telephone:  860-537-3818
   Facsimile: 860-537-4432
9  drscott@scott-scott.com

10  *Lead Counsel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>AKEENA SOLAR, INC., BARRY CINNAMON and GARY EFFREN,<br>                    Defendants. | No.  C-09-02147 JW<br><br>STIPULATION SETTING BRIEFING SCHEDULE FOR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [PROPOSED] ORDER<br><br>Hon. James Ware |

STIP. SETTING BRFG. SCHED.  FOR UNOPP. MTN. FOR PRELIM. APP. OF SETTLEMENT AND [PROP.] ORDER
CASE NO.  09-cv-02147-JW

1. **WHEREAS,** Plaintiffs and Defendants in the above-captioned action, by their undersigned attorneys, stipulate as follows and request that the Court enter the order set out below:

1. The parties previously advised the Court that they have reached an agreement in principle to resolve this matter, and the Court set a hearing date of September 12, 2011 for preliminary approval of the settlement and proposed notice procedures;

2. The parties have been working diligently to complete the settlement;

3. The parties anticipate that the motion for preliminary approval will be unopposed;

4. By local rule, the motion for preliminary approval would be due on August 5, 2011; and

5. The parties do not seek to change the September 12, 2011 hearing date, but do require additional time to complete the settlement and motion papers.

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval by the Court, and pursuant to Civil Local Rules 6-2 and 7-12, that the Stipulation of Settlement and motion for preliminary approval shall be filed on or before August 19, 2011.

DATED: August 4, 2011            Respectfully submitted,

SCOTT+SCOTT LLP
Mary K. Blasy
Walter Noss
707 Broadway, Tenth Floor
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
mblasy@scott-scott.com
wnoss@scott-scott.com
– and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT 06415
Telephone: 860-537-3818
Facsimile: 860-537-4432
drscott@scott-scott.com

By: /s/ Mary K. Blasy
     Mary K. Blasy

*Lead Counsel for Plaintiffs*

STIP. SETTING BRFG. SCHED. FOR UNOPP. MTN. FOR PRELIM. APP. OF SETTLEMENT AND [~~PROP.~~] ORDER

1

CASE NO. C-09-02147 JW

1  DATED: August 4, 2011                MORRISON FOERSTER LLP
                                        Jordan Eth
2                                       Judson E. Lobdell
                                        425 Market Street
3                                       San Francisco, CA 94105-2482
                                        Telephone: 619-268-7000
4                                       Facsimile: 415-268-7522

5
                                        By: /s/Judson E. Lobdell
6                                           Judson E. Lobdell

7                                       *Attorneys for Defendants Akeena Solar, Inc., Barry
                                        Cinnamon and Gary Effren*
8

9                                       **ORDER**

10          PURSUANT TO STIPULATION, IT IS SO ORDERED.

11  Dated: August 5, 2011
                                        _____
12                                      HON. JAMES WARE
                                        United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. SETTING BRFG. SCHED. FOR UNOPP. MTN. FOR PRELIM. APP. OF SETTLEMENT AND   2
[PROP.] ORDER

CASE NO.  C-09-02147 JW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mary K. Blasy, attest that concurrence in the filing of this document has been obtained from signatory August 4, 2011.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 4th day of August, 2011 at San Diego, California.

SCOTT+SCOTT LLP

By: /s/ Mary K. Blasy
    Mary K. Blasy
707 Broadway, Tenth Floor
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
mblasy@scott-scott.com