SCOTT+SCOTT LLP
MARY K. BLASY (211262)
WALTER W. NOSS (*pro hac vice*)
707 Broadway, Tenth Floor
San Diego, CA  92101
Telephone:  619-233-4565
Facsimile: 619-233-0508
mblasy@scott-scott.com
wnoss@scott-scott.com
  – and –
DAVID R. SCOTT
P.O. Box 192
156 South Main Street
Colchester, CT  06415
Telephone:  860-537-3818
Facsimile: 860-537-4432
drscott@scott-scott.com

*Lead Counsel for Plaintiffs*

IT IS SO ORDERED
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON HODGES, On Behalf of Herself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>       vs.<br><br>AKEENA SOLAR, INC., BARRY CINNAMON and GARY EFFREN,<br>                      Defendants. | No.  C-09-02147 JW<br><br>STIPULATED REQUEST TO EXTEND DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [~~PROPOSED~~] ORDER<br><br>Hon. James Ware |

STIPULATED REQUEST TO EXTEND DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [~~PROPOSED~~] ORDER
CASE NO. 09-cv-02147-JW

1   **WHEREAS,** Plaintiffs and Defendants in the above-captioned action, by their undersigned attorneys, stipulate as follows and request that the Court enter the order set out below:

2.  1. The parties previously advised the Court that they have reached an agreement in principle to resolve this matter, and the Court set a hearing date of September 12, 2011 for preliminary approval of the settlement and proposed notice procedures;

3.  2. On August 4, 2011, the parties requested and on August 5, 2011, the Court granted, a brief extension until August 19, 2011 to file the unopposed motion for preliminary approval of the settlement;

4.  3. Counsel for the parties have been working diligently to finalize the stipulation of settlement and believe all differences have been resolved, but require a few additional days to obtain final approval of all parties;

5.  3. The parties still anticipate that the motion for preliminary approval will be unopposed; and

6.  4. The parties do not seek to change the September 12, 2011 hearing date, but do require a few additional days to obtain all parties' final approval of the stipulation of settlement.

NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to approval by the Court, and pursuant to Civil Local Rules 6-2 and 7-12, that the Stipulation of Settlement and motion for preliminary approval shall be filed on or before Wednesday, August 24, 2011.

DATED: August 19, 2011              Respectfully submitted,

                                    By: /s/ Mary K. Blasy
                                         Mary K. Blasy

                                    SCOTT+SCOTT LLP
                                    Mary K. Blasy
                                    Walter W. Noss
                                    707 Broadway, Tenth Floor
                                    San Diego, CA 92101
                                    Telephone: 619-233-4565
                                    Facsimile: 619-233-0508
                                    mblasy@scott-scott.com
                                    wnoss@scott-scott.com
                                         - and -

STIPULATED REQUEST TO EXTEND DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [PROPOSED] ORDER         1

CASE NO. C-09-02147 JW

|   |   |   |
|---|---|---|
| 1 |  | David R. Scott |
| 2 |  | 156 South Main Street |
|   |  | P. O. Box 192 |
| 3 |  | Colchester. CT 06415 |
|   |  | drscott@scott-scott.com |

*Lead Counsel for Plaintiffs*

DATED: August 19, 2011      MORRISON FOERSTER LLP
By:  /s/Judson E. Lobdell
Judson E. Lobdell
Jordan Eth
Judson E. Lobdell
425 Market Street
San Francisco, CA 94105-2482
Telephone: 619-268-7000
Facsimile: 415-268-7522

*Attorneys for Defendants Akeena Solar, Inc., Barry Cinnamon and Gary Effren*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 22, 2011      /s/ James Ware
HON. JAMES WARE
United States District Judge

STIPULATED REQUEST TO EXTEND DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [PROPOSED] ORDER

CASE NO.  C-09-02147 JW

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Mary K. Blasy, attest that concurrence in the filing of this document has been obtained from signatory August 19, 2011.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 19th day of August, 2011, at San Diego, California.

SCOTT+SCOTT LLP

By:  /s/ Mary K. Blasy
     Mary K. Blasy
707 Broadway, Tenth Floor
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
mblasy@scott-scott.com

STIPULATED REQUEST TO EXTEND DEADLINE TO FILE UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND [PROPOSED] ORDER

3

CASE NO. C-09-02147 JW