IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sharon Hodges, | NO. C 09-02147 JW |
| Plaintiff, | **ORDER REQUESTING REVISED PROPOSED ORDER FOR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| Akeena Solar, Inc., et al., | |
| Defendants. | |

Presently before the Court is Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. (Docket Item No. 145.) The Motion is currently set for hearing on September 12, 2011.

In the Motion and supporting papers, the parties propose a date of December 14, 2011 for the Final Fairness Hearing. In light of the Court's calendar, however, that date is unavailable. Accordingly, on or before **September 9, 2011 at 9 a.m.**, the parties shall file a revised Proposed Order for Preliminary Approval of Class Action Settlement which shall include a date of **December 12, 2011** for the Final Fairness Hearing, and whose other proposed dates shall allow sufficient time, *inter alia*, for class members to exclude themselves from the settlement class or object to the settlement and any proposed attorney fees.

Dated: September 8, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin Matthew Crosson bcrosson@wsgr.com
David R. Scott drscott@scott-scott.com
Hal Davis Cunningham hcunningham@scott-scott.com
Jessica L. Snorgrass jsnorgrass@wsgr.com
Joni L. Ostler jostler@wsgr.com
Jordan Eth jeth@mofo.com
Judson Earle Lobdell jlobdell@mofo.com
Mary K. Blasy mblasy@scott-scott.com
Walter W. Noss wnoss@scott-scott.com

**Dated:  September 8, 2011**               **Richard W. Wieking, Clerk**

                                            **By:    /s/ JW Chambers                     **
                                            **Susan Imbriani**
                                            **Courtroom Deputy**