United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Sharon Hodges, | NO. C 09-02147 JW |
|       Plaintiff, | **ORDER REQUESTING FURTHER REVISED PROPOSED ORDER FOR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
|   v. | |
| Akeena Solar, Inc., et al., | |
|       Defendants. | |

Presently before the Court is Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. (Docket Item No. 145.) The Motion is currently set for hearing on September 12, 2011.

In the Motion and supporting papers, the parties propose a date of December 14, 2011 for the Final Fairness Hearing. On September 8, 2011, the Court explained that this date was unavailable, in light of the Court's calendar, and ordered the parties to file a revised Proposed Order for Preliminary Approval of Class Action Settlement "which shall include a date of December 12, 2011 for the Final Fairness Hearing." (See Docket Item No. 147.) On September 9, 2011, Plaintiffs submitted a revised Proposed Order which states that the Final Fairness Hearing "shall be held before this Court on December 14, 2011, at 9:00 a.m." (See Docket Item No. 148.)

Accordingly, on or before **September 9, 2011**, the parties shall file another revised Proposed Order for Preliminary Approval of Class Action Settlement which shall include a date of **December 12, 2011** for the Final Fairness Hearing, and whose other proposed dates shall allow sufficient time, *inter alia*, for class members to exclude themselves from the settlement class or object to the settlement and any proposed attorney fees.[1]

Dated: September 9, 2011

JAMES WARE
United States District Chief Judge

---

[1] In addition, the revised Proposed Order shall state that the December 12 hearing shall be held in Courtroom 9 on the 19th floor, rather than Courtroom 15 on the 18th floor.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Benjamin Matthew Crosson bcrosson@wsgr.com
David R. Scott drscott@scott-scott.com
Hal Davis Cunningham hcunningham@scott-scott.com
Jessica L. Snorgrass jsnorgrass@wsgr.com
Joni L. Ostler jostler@wsgr.com
Jordan Eth jeth@mofo.com
Judson Earle Lobdell jlobdell@mofo.com
Mary K. Blasy mblasy@scott-scott.com
Walter W. Noss wnoss@scott-scott.com

**Dated: September 9, 2011**               **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
          Susan Imbriani
          Courtroom Deputy**